CO-386-online
10/03

# United States District Court
# For the District of Columbia

Judicial Watch, Inc. )
)
)
)
vs      Plaintiff  )   Civil Action No._____
)
U.S. National Archives and )
Records Administration )
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Judicial Watch, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Judicial Watch, Inc.__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

501 School Street, SW
Address

Washington, DC      20024
City      State      Zip Code

(202) 646-5172
Phone Number