IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, D.C. 20024,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br>8601 Adelphi Road<br>College Park, MD 20740,<br><br>    Defendant. | Civil Action No. 07-1987 (PLF) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant, the United States National Archives and Records Administration, answers the numbered paragraphs of Plaintiff's Complaint for Declaratory and Injunctive Relief as follows:

**JURISDICTION AND VENUE**

1. This paragraph contains a conclusion of law to which no response is required.

2. This paragraph contains a conclusion of law to which no response is required.

**PARTIES**

3. Defendant lacks sufficient knowledge or information to form a belief as to the truth of the allegations in this paragraph and they are therefore denied.

4. Defendant admits the first two sentences of this paragraph. The last sentence of this paragraph contains a conclusion of law to which no response is required. To the extent a response is required to the last sentence of this paragraph, Defendant denies any characterization that is inconsistent with the provisions of the Presidential Records Act of 1978, 44 U.S.C. § 2201, et seq., the Freedom of Information Act, 5 U.S.C. § 552, Executive Order 13233, and governing law and regulations.

## STATEMENT OF FACTS

5. Defendant admits the allegations in this paragraph.

6. Defendant admits the allegations in this paragraph.

7. Defendant admits the allegations in this paragraph.

8. Defendant denies the first sentence of this paragraph and avers that the Clinton Presidential Library ("the Library") informed Plaintiff that "approximately 13,400 pages of the White House Health Care Interdepartmental Working Group papers concerning the Task Force" had previously been opened and were "available for research." April 10, 2006 letter from Melissa Walker to Christopher J. Farrell, attached hereto as Exhibit A.[1] Defendant further avers that on August 9, 2006, the Library informed Plaintiff that:

> Many of the FOIA requests that precede those filed by Judicial Watch require that we review a large volume of records and will take a significant amount of time to process. Because the Clinton Library has only been processing records in response to FOIA requests for less than seven months, we do not yet have a sense of how long it will take us to process the 155 cases pending prior to the first FOIA request about which you inquire . . . . However, to respond to the 155 FOIA cases preceding yours will require that we process more than 2,000,000 pages of records before your first FOIA request reaches the front of the queue.

August 9, 2006 letter from Melissa Walker to Christopher J. Farrell, attached hereto as Exhibit B. Defendant admits the last sentence of this paragraph.

## COUNT 1
(Violation of FOIA)

9. Defendant repeats and realleges the responses contained in paragraphs 1 through 8 inclusive.

10. This paragraph contains a conclusion of law to which no response is required. To the extent a response is required, Defendant denies any characterization that is inconsistent with the

---

[1] In fact, the 13,400 pages comes from a much larger collection of records from the White House Health Care Interdepartmental Working Group that are publicly available at the Clinton Library. A finding aid that describes these records is available on the Clinton Library website, at http://www.clintonlibrary.gov/documents/Finding_Aid_HealthCare.pdf (detailing the contents of the over 600 boxes of available records).

provisions of the Presidential Records Act of 1978, 44 U.S.C. § 2201, et seq., the Freedom of Information Act, 5 U.S.C. § 552, Executive Order 13233, and governing law and regulations.

11. This paragraph contains conclusions of law to which no response is required. To the extent a response is required, the allegations are denied.

12. This paragraph contains a conclusion of law to which no response is required. To the extent a response is required, the allegations are denied.

The remaining paragraphs of Plaintiff's Complaint contain Plaintiff's requested relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations contained in the remaining paragraphs of Plaintiff's Complaint and further avers that Plaintiff is not entitled to any relief. Any allegation not specifically addressed is denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Court lacks subject matter jurisdiction over Plaintiff's request to the extent that the request exceeds relief authorized by the Freedom of Information Act. 5 U.S.C. § 552(a)(4)(B).

### THIRD AFFIRMATIVE DEFENSE

Plaintiff is not entitled to compel the production of records protected from disclosure by one or more of the exemptions to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, or one or more of the provisions of the Presidential Records Act of 1978, 44 U.S.C. § 2201, et seq.

WHEREFORE, Defendant respectfully requests that the Court enter judgment dismissing this action with prejudice and awarding Defendant costs and such other relief as the Court may deem appropriate.

Respectfully submitted this 3rd day of December, 2007.

JEFFREY S. BUCHOLTZ

Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director


 /s/ Varu Chilakamarri
VARU CHILAKAMARRI (NY Bar)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
Tel: (202) 616-8489
Fax: (202) 616-8470
varudhini.chilakamarri@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., NW, Rm. 7226
Washington, D.C. 20001

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2007, a true and correct copy of the foregoing Defendant's Answer to Plaintiff's Complaint for Declaratory and Injunctive Relief was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      /s/ Varu Chilakamarri
      VARU CHILAKAMARRI

**CERTIFICATION OF FAMILIARITY WITH LOCAL RULES**

I, Varu Chilakamarri, pursuant to Local Civil Rule 83.2(j), hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia, and other materials set forth in Local Civil Rules 83.8(b) and 83.9(a).

      /s/ Varu Chilakamarri
      VARU CHILAKAMARRI

# EXHIBIT A



# Clinton Presidential Library

*1200 President Clinton Avenue*
*Little Rock, AR 72201*

April 10, 2006

Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW Suite 500          **FOIA Case: 2006-0885-F**
Washington, D.C. 20024

Dear Mr. Farrell:

This letter is in response to your request dated April 4, 2006 for Clinton Presidential records under the Freedom of Information Act (FOIA) (5 U.S.C. § 552) and Presidential Records Act (PRA) (44 U.S.C. §§ 2201-2207). Your request was received by the Clinton Library on April 4, 2006.

We have performed an initial search of our "textual, electronic, and audiovisual" Presidential records for documents involving records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton to include but not limited to any and all sub-elements of the Task Force. Approximately 3,022,030 pages of textual records, 2,884 pages of electronic records, 1,021 photographs, 3 videotapes and 3 audiotapes must be processed in order to respond to your request. Please note that the audiotapes are recordings of remarks at official White House events. Please keep in mind that the page total is an estimate and that all pages processed might not be relevant to your specific topic. There are approximately 13,400 pages of the White House Health Care Interdepartmental Working Group papers concerning the Task Force open and available for research.

The staff of the Clinton Library is currently processing and reviewing FOIA requests that precede your request. To treat everyone equitably, we have placed your request in our complex unclassified processing queue by the date it was received in our office. FOIA requests received by the Clinton Library are processed and reviewed for access under provisions of the PRA and FOIA and are subject to Executive Order 13233, which requires that we notify the representatives of the former President and the incumbent President prior to the release of any Presidential records. Also, it should be noted that many of the documents processed in response to your request may be closed in whole or part in compliance with PRA restrictions and FOIA exemptions.

When processing is completed and the notification period has passed, we will inform you of the availability of the requested records. The Clinton Library does not charge search fees. However, reproduction fees apply if you request material copied. You can request that we copy these records at the current reproduction fee of $.50 per page, or you can choose to view these documents in the research room of the Clinton Library where a self-service copier is available for the current price of $.15 a page. You may also bring certain scanners into our research room at no charge. I have included a copy of our scanning policy.

If you have any questions regarding your FOIA request, please contact our staff at (501) 244-2877. Your case log number is **2006-0885-F**. Please have this number accessible for reference during any future contact concerning this FOIA request.

Sincerely,

*Melissa Walker*
Melissa Walker
Supervisory Archivist
William J. Clinton Presidential Library

MW: dms

# EXHIBIT B



# Clinton Presidential Library

*1200 President Clinton Avenue*
*Little Rock, AR 72201*

August 9, 2006

Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW Suite 500
Washington, D.C. 20024

**FOIA Cases: 2006-0885-F; 2006-0886-F; 2006-0946-F; 2006-1066-F; 2006-1067-F; 2006-1080-F**

Dear Mr. Farrell:

This letter is in response to your correspondence dated July 25, 2006 requesting additional information regarding the Freedom of Information Act (FOIA) requests filed by Judicial Watch. Your letter was received by the Clinton Library on July 25, 2006. I hope the following response addresses any concerns you have regarding these FOIA cases.

As we explained in our initial search letters, the Clinton Library has placed each FOIA request in our processing queues. None of the six (6) FOIA requests made by Judicial Watch have reached the front of the queue; therefore, processing has not yet begun. There are currently 155 FOIA requests pending before FOIA case 2006-0885-F; 156 pending before 2006-0886-F; 157 pending before 2006-0946-F; 190 pending before 2006-1066-F; 191 pending before 2006-1067-F; and 192 pending before 2006-1080-F.

Many of the FOIA requests that precede those filed by Judicial Watch require that we review a large volume of records and will take a significant amount of time to process. Because the Clinton Library has only been processing records in response to FOIA requests for less than seven months, we do not yet have a sense of how long it will take us to process the 155 cases pending prior to the first FOIA request about which you inquire nor how long it will take us to process each of the FOIA requests listed in your letter once they reach the front of our queue. However, to respond to the 155 FOIA cases preceding yours will require that we process more than 2,000,000 pages of records before your first FOIA request reaches the front of the queue.

Please be aware that we fully understand the desire of Judicial Watch to gain access to records responsive to these requests at the earliest possible convenience. The primary mission of the National Archives and Records Administration, which operates the Clinton Library, is to ensure that the American public has access to the records in our legal custody. We welcome requests from all those interested in gaining access to our holdings and work to make those records available as soon as possible.

I hope this information addresses any concerns you have regarding the abovementioned FOIA cases. If you have any additional questions regarding your FOIA request, please contact our staff at (501) 244-2877. If you cannot resolve your concerns with the staff at the Clinton Library you may refer your inquiries to our FOIA Public Liaison, John Laster at (202) 357-5144.

Sincerely,

*Melissa Walker*
Melissa Walker
Supervisory Archivist
William J. Clinton Presidential Library

MW: dms