# EXHIBIT A



# Clinton Presidential Library

*1200 President Clinton Avenue*
*Little Rock, AR 72201*

April 10, 2006

Christopher J. Farrell
Judicial Watch, Inc.
501 School Street, SW Suite 500                **FOIA Case: 2006-0885-F**
Washington, D.C. 20024

Dear Mr. Farrell:

This letter is in response to your request dated April 4, 2006 for Clinton Presidential records under the Freedom of Information Act (FOIA) (5 U.S.C. § 552) and Presidential Records Act (PRA) (44 U.S.C. §§ 2201-2207). Your request was received by the Clinton Library on April 4, 2006.

We have performed an initial search of our "textual, electronic, and audiovisual" Presidential records for documents involving records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton to include but not limited to any and all sub-elements of the Task Force. Approximately 3,022,030 pages of textual records, 2,884 pages of electronic records, 1,021 photographs, 3 videotapes and 3 audiotapes must be processed in order to respond to your request. Please note that the audiotapes are recordings of remarks at official White House events. Please keep in mind that the page total is an estimate and that all pages processed might not be relevant to your specific topic. There are approximately 13,400 pages of the White House Health Care Interdepartmental Working Group papers concerning the Task Force open and available for research.

The staff of the Clinton Library is currently processing and reviewing FOIA requests that precede your request. To treat everyone equitably, we have placed your request in our complex unclassified processing queue by the date it was received in our office. FOIA requests received by the Clinton Library are processed and reviewed for access under provisions of the PRA and FOIA and are subject to Executive Order 13233, which requires that we notify the representatives of the former President and the incumbent President prior to the release of any Presidential records. Also, it should be noted that many of the documents processed in response to your request may be closed in whole or part in compliance with PRA restrictions and FOIA exemptions.

When processing is completed and the notification period has passed, we will inform you of the availability of the requested records. The Clinton Library does not charge search fees. However, reproduction fees apply if you request material copied. You can request that we copy these records at the current reproduction fee of $.50 per page, or you can choose to view these documents in the research room of the Clinton Library where a self-service copier is available for the current price of $.15 a page. You may also bring certain scanners into our research room at no charge. I have included a copy of our scanning policy.

If you have any questions regarding your FOIA request, please contact our staff at (501) 244-2877. Your case log number is **2006-0885-F**. Please have this number accessible for reference during any future contact concerning this FOIA request.

Sincerely,

*Melissa Walker*

Melissa Walker
Supervisory Archivist
William J. Clinton Presidential Library

MW: dms