UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, Inc., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1987 (PLF) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) | |

ORDER

Plaintiff filed a complaint seeking to obtain information pursuant to the Freedom of Information Act. The matter is now before the Court on defendant's answer. In standard cases, the parties at this juncture of the proceedings would be obliged to comply with Local Civil Rule 16.3 and Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure. Local Civil Rule 16.3(b), however, exempts FOIA actions from these requirements. See LCvR 16.3(b). It is the Court's experience that this exemption for FOIA actions avoids inefficient and unnecessary effort on the part of the parties since such cases invariably are decided by motion.

The Court has reviewed the complaint and the answer. In the answer, defendant requests that the Court dismiss the case. Since defendant has not filed a motion to dismiss or, in the alternative, a motion for summary judgment, the Court cannot consider defendant's request. Accordingly, it is hereby

ORDERED that defendant shall file a motion to dismiss or, in the alternative, a motion for summary judgment on or before January 22, 2008. If plaintiff intends to move for summary judgment, it may incorporate its motion for summary judgment into its opposition to defendant's motion.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  December 4, 2007

2