**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, D.C. 20024,<br><br>      Plaintiff,<br><br>    v.<br><br>U.S. NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br>8601 Adelphi Road<br>College Park, MD 20740,<br><br>      Defendant. | Civil Action No. 07-1987 (PLF) |

## UNOPPOSED MOTION TO AMEND THE DECEMBER 4, 2007 ORDER

  Defendant, the United States National Archives and Records Administration, moves for an amendment of the Court's December 4, 2007 Order, which ordered that the Defendant "shall file a motion to dismiss or, in the alternative, a motion for summary judgment on or before January 22, 2008."

  Defendant filed a formal answer on December 3, 2007, in which it requested that this action ultimately be dismissed.[1]  Although the Order entered on December 4, 2007, contemplated that Defendant would either file a motion to dismiss or a motion for summary judgment, the current posture of this case warrants an amendment of that order.  Currently, Plaintiff's FOIA request is pending in a FOIA queue at the Clinton Presidential Library.  <u>See</u> Defendant's Answer to Plaintiff's Complaint for Declaratory and Injunctive Relief, at ¶¶ 7-8.  Therefore, that request has not yet been processed, and as will be shown in a forthcoming motion, additional time is warranted for the processing of the requested materials.

---

  [1] By its answer, Defendant did not intend to foreclose its ability to file a motion to stay proceedings prior to any motion to dismiss or for summary judgment.  If deemed necessary by the Court, Defendant is prepared to amend its answer to reflect Defendant's proposed course of action, as stated herein.

Accordingly, Defendant proposes that the Court's December 4, 2007, Order be amended to permit Defendant to file, on or before January 22, 2008, a motion to stay proceedings pursuant to 5 U.S.C. § 552(a)(6)(C) and <u>Open America v. Watergate Special Prosecution Force</u>, 547 F.2d 605 (D.C. Cir. 1976), either in lieu of, or in addition to, a dispositve motion.

On December 17, 2007, the undersigned conferred with counsel for Plaintiff pursuant to Local Rule 7(m). Counsel for Plaintiff indicated that it will not oppose the relief requested herein.

Respectfully submitted this 17th day of December, 2007.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

 /s/ Varu Chilakamarri
VARU CHILAKAMARRI (NY Bar)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
Tel: (202) 616-8489
Fax: (202) 616-8470
varudhini.chilakamarri@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044

Courier Address:
20 Massachusetts Ave., NW, Rm. 7226
Washington, D.C. 20001

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2007, a true and correct copy of the foregoing Unopposed Motion to Amend the December 4, 2007 Order was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

    /s/ Varu Chilakamarri
VARU CHILAKAMARRI