**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, D.C. 20024,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br>8601 Adelphi Road<br>College Park, MD 20740,<br><br>                    Defendant. | Civil Action No. 07-1987 (PLF) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND THE DECEMBER 4, 2007 ORDER**

Upon consideration of Defendant's Unopposed Motion to Amend the December 4, 2007 Order, it is hereby

ORDERED that Defendant's Unopposed Motion to Amend the December 4, 2007 Order is GRANTED.  It is ORDERED that Defendant shall file its motion for a stay of proceedings, either in lieu of, or in addition to, a motion to dismiss or a motion for summary judgment on or before January 22, 2008.

Signed this _____ day of _____, 2007.

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge