IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1987 (PLF) |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO JANUARY 29, 2008 TO
FILE A MOTION TO STAY PROCEEDINGS**

Defendant, the United States National Archives and Records Administration ("NARA"), by its undersigned counsel, hereby requests a seven (7) day extension of time, to January 29, 2008, to file its motion for a stay of proceedings and potential dispositive motion, as was directed by this Court's December 21, 2007 Minute Order.  This is Defendant's first motion for an extension of time.  Through its counsel, Paul Orfanedes, Plaintiff has indicated that it does not oppose this Motion for an Extension of Time.

The Defendant's motion for a stay of proceedings is currently due on January 22, 2008.  The undersigned counsel requests an extension of time for two reasons.  First, the parties are currently in discussions regarding the scope of Plaintiff's FOIA request, and would appreciate additional time in which to continue their discussions.   Any narrowing of Plaintiff's FOIA request may impact, or possible moot portions of, Defendant's motion for a stay of proceedings and potential dispositive motion.  In addition, owing to the press of other litigation involving Defendant, the undersigned respectfully requests this additional time to obtain further

information necessary to support the forthcoming motion.

Respectfully submitted this 18th day of January, 2008.

>JEFFREY S. BUCHOLTZ
>Acting Assistant Attorney General
>
>JEFFREY A. TAYLOR
>United States Attorney
>
>ELIZABETH J. SHAPIRO
>Assistant Branch Director
>
>/s/ Varu Chilakamarri
>VARU CHILAKAMARRI (NY Bar)
>Trial Attorney, Federal Programs Branch
>U.S. Department of Justice, Civil Division
>Tel: (202) 616-8489
>Fax: (202) 616-8470
>varudhini.chilakamarri@usdoj.gov
>
>Mailing Address:
>Post Office Box 883
>Washington, D.C. 20044
>
>Courier Address:
>20 Massachusetts Ave., NW, Rm. 7226
>Washington, D.C. 20001
>
>*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 18, 2008, a true and correct copy of the foregoing Defendant's Motion for an Extension of Time to January 29, 2008 to File a Motion to Stay Proceedings was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                    /s/ Varu Chilakamarri
                                                  VARU CHILAKAMARRI

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.<br>501 School Street, S.W., Suite 500<br>Washington, D.C. 20024,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>U.S. NATIONAL ARCHIVES AND<br>RECORDS ADMINISTRATION,<br>8601 Adelphi Road<br>College Park, MD 20740,<br><br>　　　　　　　Defendant. | Civil Action No. 07-1987 (PLF) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO JANUARY 29, 2008
TO FILE A MOTION TO STAY PROCEEDINGS**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to January 29, 2008 to File a Motion to Stay Proceedings, it is hereby

ORDERED that Defendant's Unopposed Motion for an Extension of Time to January 29, 2008 is GRANTED. It is ORDERED that Defendant shall file its motion for a stay of proceedings, either in lieu of, or in addition to, a motion to dismiss or a motion for summary judgment on or before January 29, 2008.

Signed this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JUDGE PAUL L. FRIEDMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge