# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1987 (PLF) |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

## UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO JANUARY 29, 2008 TO FILE A MOTION TO STAY PROCEEDINGS

Defendant, the United States National Archives and Records Administration ("NARA"), by its undersigned counsel, hereby requests a seven (7) day extension of time, to January 29, 2008, to file its motion for a stay of proceedings and potential dispositive motion, as was directed by this Court's December 21, 2007 Minute Order.  This is Defendant's first motion for an extension of time.  Through its counsel, Paul Orfanedes, Plaintiff has indicated that it does not oppose this Motion for an Extension of Time.

The Defendant's motion for a stay of proceedings is currently due on January 22, 2008. The undersigned counsel requests an extension of time for two reasons.  First, the parties are currently in discussions regarding the scope of Plaintiff's FOIA request, and would appreciate additional time in which to continue their discussions.   Any narrowing of Plaintiff's FOIA request may impact, or possible moot portions of, Defendant's motion for a stay of proceedings and potential dispositive motion.  In addition, owing to the press of other litigation involving Defendant, the undersigned respectfully requests this additional time to obtain further

information necessary to support the forthcoming motion.

Respectfully submitted this 18th day of January, 2008.

                                            JEFFREY S. BUCHOLTZ
                                            Acting Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            ELIZABETH J. SHAPIRO
                                            Assistant Branch Director

                                            /s/ Varu Chilakamarri
                                            VARU CHILAKAMARRI (NY Bar)
                                            Trial Attorney, Federal Programs Branch
                                            U.S. Department of Justice, Civil Division
                                            Tel: (202) 616-8489
                                            Fax: (202) 616-8470
                                            varudhini.chilakamarri@usdoj.gov

                                            Mailing Address:
                                            Post Office Box 883
                                            Washington, D.C. 20044

                                            Courier Address:
                                            20 Massachusetts Ave., NW, Rm. 7226
                                            Washington, D.C. 20001

                                            *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2008, a true and correct copy of the foregoing Defendant's Motion for an Extension of Time to January 29, 2008 to File a Motion to Stay Proceedings was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

/s/ Varu Chilakamarri
VARU CHILAKAMARRI