**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                       )
JUDICIAL WATCH, INC.                   )
501 School Street, S.W., Suite 500     )
Washington, D.C. 20024,                )
                                       )
            Plaintiff,                 )
                                       )   Civil Action No. 07-1987 (PLF)
      v.                               )
                                       )
U.S. NATIONAL ARCHIVES AND             )
RECORDS ADMINISTRATION,                )
8601 Adelphi Road                      )
College Park, MD 20740,                )
                                       )
            Defendant.                 )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO JANUARY 29, 2008 TO FILE A MOTION TO STAY PROCEEDINGS**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to January 29, 2008 to File a Motion to Stay Proceedings, it is hereby

ORDERED that Defendant's Unopposed Motion for an Extension of Time to January 29, 2008 is GRANTED. It is ORDERED that Defendant shall file its motion for a stay of proceedings, either in lieu of, or in addition to, a motion to dismiss or a motion for summary judgment on or before January 29, 2008.

Signed this _____ day of _____, 2008.

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge