IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.         )<br>                                       )<br>        Plaintiff,         )<br>                                       )<br>v.                                    )<br>                                     )<br>U.S. NATIONAL ARCHIVES AND   )<br>RECORDS ADMINISTRATION     )<br>                                     )<br>       Defendant.        )<br>_____) | Civ. Action No. 07-1987 (PLF) |

**ENTRY OF APPEARANCE**

     PLEASE TAKE NOTICE that James F. Peterson hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

                                                                Respectfully submitted,

                                                                JUDICIAL WATCH, INC.

                                                                /s/ James F. Peterson
                                                                D.C. Bar No. 450171
                                                                501 School Street, S.W.
                                                                 Suite 500
                                                                 Washington, DC 20024
                                                                Tel: (202) 646-5172
                                                                Fax: (202) 646-5199

                                                                Attorneys for Plaintiff