IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1987 (PLF) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that James F. Peterson hereby enters his appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ James F. Peterson
D.C. Bar No. 450171
501 School Street, S.W.
Suite 500
Washington, DC 20024
Tel:  (202) 646-5172
Fax: (202) 646-5199

Attorneys for Plaintiff