### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1987 (PLF) |
| v. ) | |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR A STAY OF THE PROCEEDINGS

Defendant, the United States National Archives and Records Administration ("NARA"), hereby moves this Court to dismiss this action for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1), or for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, Defendant moves for a stay of proceedings pursuant to 5 U.S.C. § 552(a)(6)(C), and Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976).

In support of this motion, Defendant respectfully submits the attached memorandum of points and authorities with a supporting declaration (attached as Exhibit A), and a proposed Order. The memorandum sets forth the justification for the motion, as well as NARA's best available time table for processing a portion of the documents responsive to Plaintiff's Freedom of Information Act request. Plaintiff has been consulted as required by LCvR 7(m) and has indicated that it opposes this motion.

Respectfully submitted this 29th day of January, 2008.

                JEFFREY S. BUCHOLTZ
                Acting Assistant Attorney General

                JEFFREY A. TAYLOR
                United States Attorney

                ELIZABETH J. SHAPIRO
                Assistant Branch Director

                 /s/ Varu Chilakamarri

OF COUNSEL           VARU CHILAKAMARRI (NY Bar)
JASON R. BARON      Trial Attorney, Federal Programs Branch
(DC Bar No. 366663)   U.S. Department of Justice, Civil Division
Director of Litigation     Tel: (202) 616-8489
Office of the General Counsel   Fax: (202) 616-8470
NARA                 varudhini.chilakamarri@usdoj.gov
8601 Adelphi Road, Suite 3110
College Park, MD 20740   Mailing Address:
Telephone: (301) 837-1499   Post Office Box 883
Fax: (301) 837-0293       Washington, D.C. 20044
jason.baron@nara.gov

                Courier Address:
                20 Massachusetts Ave., NW, Rm. 7226
                Washington, D.C. 20001

                *Counsel for Defendant*