IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1987 (PLF) |
| v. ) | |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

The Court, having fully considered Defendant's Motion to Dismiss or, in the Alternative, for a Stay of Proceedings, finds that Motion to be well-taken, and it is hereby GRANTED. This action is DISMISSED for lack of jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(1).

IT IS SO ORDERED, this _____ day of _____, 200__.

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge