IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>U.S. NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION )<br>)<br>      Defendant. )<br>_____) | Civ. Action No. 07-1987 (PLF) |

**CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, by counsel, respectfully requests an extension of time, through and including February 19, 2007, to oppose Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of All Proceedings. Good cause exists to grant this consent motion:

1. At issue in this case is Plaintiff's Freedom of Information Act ("FOIA") request for records of the Task Force on Health Care Reform, which was chaired by First Lady Hillary Clinton. Since Defendant's motion was filed, the parties have continued discussions regarding narrowing the scope of Plaintiff's FOIA request. If successful, these discussions may result in a narrowing of the issues before the Court. The parties believe that a one week extension of time for Plaintiff to file its opposition would be helpful in allowing the parties to fully explore these discussions.

2. Plaintiff's opposition currently is due to be filed by February 12, 2008. No previous extension of time for filing Plaintiff's opposition has been sought.

3. Accordingly, Plaintiff requests additional time, through and including

<u>February 19, 2008, within which to file its opposition</u>.

    4.    Plaintiff's counsel contacted counsel for Defendant to request consent for this motion pursuant to Rule 7(m).  Defendants' counsel consented to the requested extension.

    For the above reasons, Plaintiff requests that the Court grant this consent motion for an extension of time.  A proposed order granting the relief requested is included with this motion.

Date: February 11, 2008                        Respectfully submitted,

                                                JUDICIAL WATCH, INC.

                                                <u>/s/ James F. Peterson</u>
                                                D.C. Bar No. 450171
                                                501 School Street, S.W.
                                                Suite 500
                                                Washington, DC 20024
                                                Tel:  (202) 646-5172
                                                Fax: (202) 646-5199

                                                Attorneys for Plaintiff