IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1987 (PLF) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, by counsel, respectfully requests a further extension of time, through and including February 26, 2007, to oppose Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of All Proceedings. Good cause exists to grant this consent motion:

1. At issue in this case is Plaintiff's Freedom of Information Act ("FOIA") request for records of the Task Force on Health Care Reform, which was chaired by First Lady Hillary Clinton. Since Defendant's motion was filed, the parties have continued discussions regarding narrowing the scope of Plaintiff's FOIA request. The parties now are close to finalizing an agreement to significantly narrow Plaintiff's FOIA request. This narrowing should limit the issues before the Court. The parties believe that a one week extension of time for Plaintiff to file its opposition will allow the parties to conclude these discussions.

2. Plaintiff's opposition currently is due to be filed by February 19, 2008. This Court previously has granted one extension of time to Plaintiff to file its opposition. Plaintiff does not anticipate that any further extensions, beyond the one currently requested, will be

necessary.

3.      Accordingly, <u>Plaintiff requests additional time, through and including February 26, 2008, within which to file its opposition</u>.

4.      Plaintiff's counsel contacted counsel for Defendant to request consent for this motion pursuant to Rule 7(m).  Defendants' counsel consented to the requested extension.

For the above reasons, Plaintiff respectfully requests that the Court grant this consent motion for an extension of time.  A proposed order granting the relief requested is included with this motion.

Date: February 15, 2008                             Respectfully submitted,

                                                    JUDICIAL WATCH, INC.


                                                    <u>/s/ James F. Peterson</u>
                                                    D.C. Bar No. 450171
                                                    501 School Street, S.W.
                                                    Suite 500
                                                    Washington, DC 20024
                                                    Tel:  (202) 646-5172
                                                    Fax: (202) 646-5199

                                                    Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1987 (PLF) |
| ) | |
| U.S. NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### [PROPOSED] ORDER

Upon review of Plaintiff's consent motion for an enlargement of time to file a response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings, it is hereby ORDERED that:

1. Plaintiff's motion is granted.

2. Plaintiff shall file its response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings no later than February 26, 2008.

Dated: _____

The Hon. Paul L. Friedman
United States District Judge

Distribution: via ECF