IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1987 (PLF) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## [PROPOSED] ORDER

Upon review of Plaintiff's consent motion for an enlargement of time to file a response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings, it is hereby ORDERED that:

1. Plaintiff's motion is granted.

2. Plaintiff shall file its response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings no later than February 26, 2008.


Dated: _____    _____
                                  The Hon. Paul L. Friedman
                                  United States District Judge


Distribution: via ECF