IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION )<br>)<br>Defendant. )<br>_____) | Civ. Action No. 07-1987 (PLF) |

**MOTION FOR ENLARGEMENT OF TIME**

Plaintiff, by counsel, respectfully requests an extension of time of one day, through and including February 27, 2007, to oppose Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of All Proceedings. Good cause exists to grant this motion:

1. At issue in this case is Plaintiff's Freedom of Information Act ("FOIA") request for records of the Task Force on Health Care Reform, which was chaired by First Lady Hillary Clinton. Since Defendant's motion was filed, the parties discussed and finalized an agreement to regarding narrowing the scope of Plaintiff's FOIA request. Since that agreement was finalized on February 21, 2008, Plaintiff's counsel has been preparing its opposition to the pending motion. However, overlapping deadlines in other matters, in particular, a brief due in the Court of Appeal of California (*Fonseca v. Fong*, No. A120206 (1st App. Dist.)), have prevented Plaintiff's counsel from finalizing its opposition in this matter.

2. In accordance with Local Rule 7(m), Plaintiff's counsel attempted to contact counsel for Defendant regarding Defendant's position on this motion, but was unable to reach her

prior to filing this motion.

3.  This Court previously has granted two one-week extensions to allow the parties to finalize their agreement to narrow the FOIA request at issue, as they have now done.

4.  Accordingly, <u>Plaintiff requests a brief, one-day extension, through and including February 27, 2008, within which to file its opposition</u>.

For the above reasons, Plaintiff respectfully requests that the Court grant this motion for an extension of time. A proposed order granting the relief requested is included with this motion.

Date: February 26, 2008                  Respectfully submitted,

JUDICIAL WATCH, INC.

<u>/s/ James F. Peterson</u>
D.C. Bar No. 450171
501 School Street, S.W.
Suite 500
Washington, DC 20024
Tel: (202) 646-5172
Fax: (202) 646-5199

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1987 (PLF) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

Upon review of Plaintiff's consent motion for an enlargement of time to file a response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings, it is hereby ORDERED that:

1. Plaintiff's motion is granted.

2. Plaintiff shall file its response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings no later than February 27, 2008.

Dated: _____          _____
                                        The Hon. Paul L. Friedman
                                        United States District Judge

Distribution: via ECF