IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civ. Action No. 07-1987 (PLF) |
| | ) |
| U.S. NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## [PROPOSED] ORDER

Upon review of Plaintiff's consent motion for an enlargement of time to file a response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings, it is hereby ORDERED that:

1. Plaintiff's motion is granted.

2. Plaintiff shall file its response to Defendant's Motion to Dismiss Or, In the Alternative, For a Stay of the Proceedings no later than February 27, 2008.

Dated: _____    _____
                                  The Hon. Paul L. Friedman
                                  United States District Judge

Distribution: via ECF