# EXHIBIT 2



# Clinton Presidential Library

*1200 President Clinton Avenue*
*Little Rock, AR 72201*

## Inventory for FOIA Request 2006-0492-F

**All files on UFOs, Roswell New Mexico, flying saucers, Area 51 or the TV show X-Files in the files of John Podesta**

### Extent
3 folders, approximately 27 pages

### Access
Collection is open to all researchers. Access to Clinton Presidential Records is governed by the Freedom of Information Act (FOIA) (5 USC 552 as amended) and the Presidential Records Act (PRA) (44 USC 22) and therefore records may be restricted in whole or in part in accordance with legal exemptions.

### Copyright
Documents in this collection that were prepared by officials of the United States government as part of their official duties are in the public domain. Researchers are advised to consult the copyright law of the United States (Title 17, USC) which governs the making of photocopies or other reproductions of copyrighted material.

### Provenance
Official records of William Jefferson Clinton's presidency are housed at the Clinton Presidential Library and administered by the National Archives and Records Administration (NARA) under the provisions of the Presidential Records Act (PRA).

### Processed by
Staff Archivist, 2006. Previously restricted materials are added as they are released.

### Scope and Content
The materials in FOIA 2006-0492-F are a selective, not necessarily all inclusive, body of documents responsive to the topic of the FOIA. Researchers should consult the archivist about related materials.

FOIA request 2006-0492-F consists of emails to and from John Podesta, containing the words either, X-Files or Area 51. John Podesta was a renowned fan of the "X-Files" television show. Automated Records Management System (ARMS) contains emails with many passing remarks about the "X-Files" during 1998 and 1999. Additionally, there are several emails that contain articles regarding the "X-Files" television show.

### System of Arrangement
Records that were responsive to this FOIA request were found in one collection area—Clinton Presidential Records: Automated Records Management System (ARMS).

The following is a list of documents and folders processed in response to FOIA 2006-0492-F:

**Clinton Presidential Records:  ARMS Emails**
WHO 1998/01-1998/11
    [X-Files; Podesta]
        [01/08/1998 – 11/30/1998] [OA/ID 600000]

WHO 1998/12-1999/06
    [X-Files; Podesta]
        [12/08/1998 - 03/25/1999] [OA/ID 650000]

WHO 1999/07-1999/11
    [X-Files; Podesta]
        [07/20/1999] [OA/ID 700000]


Last modified:  03/24/2006