# EXHIBIT 4

-----Original Message-----
**From:** Chilakamarri, Varudhini (CIV) [mailto:Varudhini.Chilakamarri@usdoj.gov]
**Sent:** Wednesday, January 16, 2008 6:12 PM
**To:** porfanedes@judicialwatch.org
**Subject:** Re: Judicial Watch v. NARA (07-1987) (PLF)

Dear Paul:

At your convenience, I'd like to discuss two issues:

First, as a procedural matter, I'd like to confer with you as required by local rule 7m regarding our upcoming motion for a stay of proceedings. I assume you would oppose our motion, but wanted to check with you.

Also, on a broader matter, I wanted to discuss with you whether Judicial Watch would be amenable to narrowing its request. As you are aware, the preliminary search in response to the FOIA request that is the subject of the pending suit (FOIA request number 2006-0885-F) revealed that approximately 3,022,030 pages of textual records, 2,884 pages of electronic records, 1,021 photographs, 3 videotapes, and 3 audiotapes would have to be processed to respond to the FOIA request. Given this large volume of records, a narrower request would accelerate the processing of the request once it reaches the front of its queue. I must note, however, that the request would still have to wait its turn in the queue.

Please give me a call to discuss these matters further.

Thank you,
Varu


Varu Chilakamarri
Trial Attorney
Department of Justice
Civil Division, Federal Programs Branch
202-616-8489 (tel)
202-616-8470 (fax)

2/27/2008