# EXHIBIT 5



**U.S. Department of Justice**

Civil Division
Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
Tel: 202.616.8489
Fax: 202.616.8470

February 15, 2008

**VIA EMAIL AND FIRST CLASS MAIL**

James F. Peterson, Esq.
Judicial Watch, Inc.
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5175

Re:   Judicial Watch, Inc. v. National Archives and Records Administration,
      Civil Action No. 07-1987 (PLF)

Dear Mr. Peterson:

I am writing to memorialize the conversations we have had regarding the possibility of narrowing the FOIA request that is the subject of the pending suit (FOIA request number 2006-0885-F). Given the massive volume of records that are responsive to Judicial Watch's FOIA request for "all records of the Task Force on National Health Care Reform" (over three million pages of textual and other records), the defendant requested that Judicial Watch narrow its request. In response, Judicial Watch sought further information from the defendant regarding the categories of subject matter within the Task Force records. Based on an initial sample survey of the records, the defendant responded that the records at issue could be divided into six general categories as follows:

1. Correspondence: Letters from the general public and health care providers, often detailing personal stories of health care issues and recommendations for health care reform.

2. Books and Letter Campaigns: Reference books related to health care reform and form letters from individuals advocating certain health care reforms.

3. Congressional Affairs Materials: The majority of this series contains magazine and newspaper articles of Health Care comments by members of Congress, with a few boxes

containing committee mark ups, bill comparisons, and some Cabinet correspondence regarding health care.

4. Reading Room Materials: At the beginning of the First Public Meeting of the Health Care Task Force, Vice President Gore announced the establishment of a Health Care Reading Room. This collection represents material that was housed and maintained in the HHS Health Care Reading Room. Most of the material in this collection consists of public opinion mail. These letters document public support for Presidents Clinton's health care reform initiatives. In addition, this collection offers a wide array of health care suggestions and personal stories from a diverse segment of the American public.

5. Multiple copies of health care briefing book materials and updates for Congress, and copies of the 1993 Presidential Statement regarding Health Care.

6. Working Files; Staff Office Files and Memoranda: This category includes internal memoranda and other policy development documents. It also includes the files of Ira Magaziner and other individuals involved with the Task Force. This category also contains meeting records, agendas, briefing books, and a large variety of other materials corresponding to records contained in one or more of the other five listed categories, *supra,* all interspersed with materials otherwise described here in this paragraph. Taken altogether, category six is comprised of approximately one million pages of records.[1]

Based on our discussions, it is my understanding that Judicial Watch is presently considering narrowing its FOIA request to the materials within category six, as described above. Any such narrowing of the FOIA request would not change the request's current position in its FOIA queue.

If you have any further questions, please do not hesitate to contact me. It was a pleasure speaking with you, and I look forward to our continued association in this matter.

                                       Sincerely,

                                       Varu Chilakamarri
                                       Trial Attorney
                                       Federal Programs Branch
                                       Civil Division

---

[1] As noted in the defendant's motion to dismiss, or in the alternative, for a stay of the proceedings, the Clinton Presidential Library will begin processing the records of Ira Magaziner within this calendar year. See Rec. Doc. 8 at 13.