# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civ. Action No. 07-1987 (PLF) |
| | ) |
| U.S. NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION | ) |
| | ) |
| Defendant. | ) |
| | ) |

## [PROPOSED] ORDER

Upon review of Plaintiffs' opposition to Defendant's motion to dismiss or, in the alternative, for a stay of the proceedings, it is hereby ORDERED that:

1. Defendant's motion to dismiss is denied; and

2. Defendant's motion for a stay of the proceedings is denied.


Dated: _____        _____
                                     The Hon. Paul L. Friedman
                                     United States District Judge

Distribution: via ECF