## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.                    )
                                        )
              Plaintiff,                )
                                        )
v.                                      )        Civ. Action No. 07-1987 (PLF)
                                        )
U.S. NATIONAL ARCHIVES AND              )
RECORDS ADMINISTRATION                  )
                                        )
              Defendant.                )
_____ )


### PLAINTIFF'S MOTION FOR LIMITED DISCOVERY

        Plaintiff, by counsel, hereby moves this Court for permission to conduct limited discovery

in this matter prior to any stay being entered.  In support of this motion, Plaintiff respectfully

submits the accompanying memorandum of law and a proposed Order.  Defendant has been

consulted pursuant to LcvR 7(m) and has indicated that it opposes this motion.

Date: February 27, 2008                    Respectfully submitted,

                                           JUDICIAL WATCH, INC.


                                           /s/ Paul J. Orfanedes
                                           D.C. Bar No. 429716
                                           James F. Peterson
                                           D.C. Bar No. 450171
                                           501 School Street, S.W., Suite 500
                                           Washington, DC 20024
                                           Tel:  (202) 646-5172
                                           Fax: (202) 646-5199

                                           Attorneys for Plaintiff