EXHIBIT 6




Judicial Watch™

*Because no one is above the law!*

**VIA FACSIMILE (202-616-8470) AND U.S. MAIL**

February 21, 2008

Varu Chilakamarri, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530

**Re:** ***Judicial Watch, Inc. v. National Archives and Records Admin.*, Case No. 07-1987 (PLF) (D.D.C.)**

Dear Ms. Chilakamarri:

Thank you for your letter of February 15, 2008, regarding narrowing the Freedom of Information Act ("FOIA") request at issue in the above-captioned matter. According to your letter, based on an "initial sample survey," your client has identified six general categories of responsive records. The sixth category is described as "Working Files; Staff Office Files and Memoranda" and includes a wide variety of types of records.

Judicial Watch, Inc. agrees to narrow its FOIA request to this sixth category of records. It is my understanding that this will reduce the volume of responsive records by approximately two-thirds. My client remains willing to consider further narrowing of the request if and when additional detail regarding the category of records becomes available. It is my understanding, however, that your client has no further information beyond the description included in your letter.

Sincerely,

JUDICIAL WATCH, INC.

James F. Peterson

501 School Street, SW • Suite 500 • Washington, DC 20024 • Tel: (202) 646-5172 • (888) JW-ETHIC
Fax: (202) 646-5199 • email: info@judicialwatch.org • Web Site: www.JudicialWatch.org

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4953 |
| CONNECTION TEL | 9*818*202p616p8470 |
| CONNECTION ID | |
| ST. TIME | 02/21 15:47 |
| USAGE T | 00'47 |
| PGS. SENT | 2 |
| RESULT | OK |

**Judicial Watch, Inc.**
501 School Street, S.W.
Suite 725
Washington, D.C. 20024

Telephone 202-646-5172
Facsimile 202-646-5199

FACSIMILE TRANSMISSION

TO: Varu Chilakamarri

FIRM: U.S. Dep't of Justice

FROM: James F. Peterson

DATE: February 21, 2008

TELECOPY NUMBER: (202) 616-8470

NUMBER OF PAGES (Including Cover Page): 2