IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1987 (PLF) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## [PROPOSED] ORDER

Upon review of Plaintiff's motion for limited discovery, it is hereby ORDERED that

1. Plaintiff's motion is granted.

2. Plaintiff is authorized to take limited discovery concerning the questions raised in the memorandum of law accompanying its motion.


Dated: _____
The Hon. Paul L. Friedman
United States District Judge


Distribution: via ECF