**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                    )
JUDICIAL WATCH, INC.,                               )
                                                    )
                               Plaintiff,           )
                                                    )        Civil Action No. 07-1987 (PLF)
                      v.                             )
                                                    )
NATIONAL ARCHIVES AND                               )
RECORDS ADMINISTRATION,                             )
                                                    )
                               Defendant.           )
_____)

## DEFENDANT'S NOTICE OF FILING SUPPLEMENTAL DECLARATION

Defendant hereby submits the attached Supplemental Declaration of Emily Robison,

Deputy Director of the Clinton Presidential Library, which indicates, *inter alia*:

• The Library has begun processing the first segment of records responsive to Judicial
Watch's request, by virtue of the Library's multiple-track FOIA queue system.

• Judicial Watch has benefited from the Library's queue system, and would, in fact, be
significantly further back in line if the Library had a single-track queue system.

• Although the Library has requested funds for additional archivists, the Library does not
have the resources to complete the processing of Judicial Watch's request within the 20
day FOIA time frame.[1]

• The Library's one million page estimate for records responsive to Judicial Watch's
request is based on a standard archival measurement of pages per cubic foot, and is
not affected by the factors that went into the initial estimate in the matter before Judge
Robertson.

In the matter before Judge Robertson, the Court allowed Judicial Watch to take very

limited discovery to focus exclusively on the Clinton Library's FOIA queue system (the scope of

which Judicial Watch has not contested); Judicial Watch completed its discovery, and did not

---

[1] The FOIA permits <u>Open America</u> stays to be granted to "any agency" that shows due diligence
and exceptional circumstances.  5 U.S.C. § 552(a)(6)(c).  Indeed, such stays have been routinely
granted to various federal agencies.

request from Judge Robertson to depose any additional agency officials concerning any other information.  That discovery, coupled with the attached supplemental declaration fully addresses Judicial Watch's request and puts it on equal footing in both cases.  Defendant therefore opposes any further discovery.

Respectfully submitted this 9th day of May, 2008.

GREGORY G. KATSAS
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Assistant Branch Director

OF COUNSEL
JASON R. BARON
(DC Bar No. 366663)
Director of Litigation
Office of the General Counsel
National Archives and Records Administration
8601 Adelphi Road, Suite 3110
College Park, MD 20740
Telephone: (301) 837-1499
Fax: (301) 837-0293
jason.baron@nara.gov

/s/ Varu Chilakamarri
VARU CHILAKAMARRI (NY Bar)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
Tel: (202) 616-8489
Fax: (202) 616-8470
varudhini.chilakamarri@usdoj.gov

Courier Address:
20 Massachusetts Ave., NW, Rm. 7226
Washington, D.C. 20530

*Counsel for Defendant*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 9, 2008, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

 /s/ Varu Chilakamarri____
VARU CHILAKAMARRI