IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JUDICIAL WATCH, INC.,                   )
                                        )
            Plaintiff,                  )
                                        )   Civil Action No. 07-1987 (PLF)
        v.                              )
                                        )
NATIONAL ARCHIVES AND                   )
RECORDS ADMINISTRATION,                 )
                                        )
            Defendant.                  )
_____)

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant, the National Archives and Records Administration ("NARA") hereby respectfully brings to the Court's attention a recent decision in Judicial Watch v. National Archives and Records Administration, Civ. No. 07-1297 (D.D.C. May 20, 2008) (Robertson, J.), a slip copy of which is attached to this Notice.  The court in Judicial Watch granted Defendant NARA's motion (filed on behalf of the Clinton Presidential Library) for an initial one-year stay under Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) and its progeny.  That motion was nearly identical to NARA's pending Open America motion, filed in the alternative in this case, the only difference being that the volume of records requested in the instant case is significantly greater.

Respectfully submitted this 21st day of May, 2008.

                                        GREGORY G. KATSAS
                                        Acting Assistant Attorney General

|  | JEFFREY A. TAYLOR<br>United States Attorney |
|---|---|
|  | ELIZABETH J. SHAPIRO<br>Assistant Branch Director |
| OF COUNSEL<br>JASON R. BARON<br>(DC Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Telephone: (301) 837-1499<br>Fax: (301) 837-0293<br>jason.baron@nara.gov | /s/ Varu Chilakamarri<br>VARU CHILAKAMARRI (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br><br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.


  /s/ Varu Chilakamarri
 VARU CHILAKAMARRI