UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, Inc., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-1987 (PLF) |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

    This matter is before the Court on plaintiff Judicial Watch's motion for limited discovery. As plaintiff informed the Court in its reply in support of its motion for discovery, and as discussed at the status conference held in this matter on April 29, 2008, Judge Robertson granted Judicial Watch limited discovery in another case against the National Archives and Records Administration relating to the processing of FOIA requests by the Clinton Presidential Library. In addition, the defendant has now filed a supplemental declaration in response to the questions plaintiff enumerated in its motion in this case.

    As plaintiff concedes, "most of plaintiff's questions regarding the structure and functioning of the queue system now have been answered." Plaintiff's Response to Defendant's Notice and Filing of Supplemental Declaration at 2. The other matters addressed in plaintiff's response seem to go to the merits of the pending motion to dismiss or, in the alternative, for a

stay of the proceedings under Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976).  Accordingly, it is hereby

ORDERED that plaintiff's motion for limited discovery [14] is DENIED.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 17, 2008