UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
JUDICIAL WATCH, Inc.,                     )
                                          )
       Plaintiff,                         )
                                          )
   v.                                     )    Civil Action No. 07-1987 (PLF)
                                          )
U.S. NATIONAL ARCHIVES AND                )
    RECORDS ADMINISTRATION,              )
                                          )
       Defendant.                         )
_____ )


ORDER

        Defendant's January 29, 2008 Motion to Dismiss or, in the Alternative, for a Stay [8], asserted that two earlier pending FOIA requests from third parties encompass part of plaintiff's sizeable request. The Court presumes that in the time that has passed since defendant's motion was filed, defendant has worked to reduce its FOIA backlog, possibly including partial or total production of the third-party requests. The Court expects that defendant would, at least, have a more precise estimate of the time required to complete production of the third-party requests, as well as production of the portion of plaintiff's request not encompassed by the third-party requests. Accordingly, it is hereby

        ORDERED that on or before September 24, 2008, defendant shall file with the Court an affidavit or declaration stating whether either of the third-party requests has been produced to the third parties and/or to the plaintiffs and, if not, when each is expected to be

produced.  Defendant shall further describe its best estimate of the production schedule for the remainder of plaintiff's request, in the event that the Court denies defendant's Motion to Dismiss.

        SO ORDERED.

                                                                  /s/_____
                                                                  PAUL L. FRIEDMAN
                                                                  United States District Judge

DATE: September 18, 2008