IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
            Plaintiff,              )
                                    )   Civil Action No. 07-1987 (PLF)
       v.                           )
                                    )
NATIONAL ARCHIVES AND               )
RECORDS ADMINISTRATION,             )
                                    )
            Defendant.              )
_____)

## NOTICE OF FILING

Defendant, the National Archives and Records Administration ("NARA"), hereby submits the attached Second Supplemental Declaration of Emily Robison, Deputy Director of the Clinton Presidential Library, pursuant to this Court's September 18, 2008 Order.


Respectfully submitted this 24th day of September, 2008.

                                              GREGORY G. KATSAS
                                              Assistant Attorney General

                                              JEFFREY A. TAYLOR
                                              United States Attorney

                                              ARTHUR R. GOLDBERG
                                              Assistant Branch Director

| | |
|---|---|
| OF COUNSEL<br>JASON R. BARON<br>(DC Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Telephone: (301) 837-1499<br>Fax: (301) 837-0293<br>jason.baron@nara.gov | /s/ Varu Chilakamarri<br>VARU CHILAKAMARRI (NY Bar)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 616-8489<br>Fax: (202) 616-8470<br>varudhini.chilakamarri@usdoj.gov<br><br>Courier Address:<br>20 Massachusetts Ave., NW, Rm. 7226<br>Washington, D.C. 20530<br><br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2008, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.


 /s/ Varu Chilakamarri
VARU CHILAKAMARRI