IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
JUDICIAL WATCH, INC.,                       )
                                            )
            Plaintiff,                      )
                                            )   Civil Action No. 07-1987 (PLF)
        v.                                  )
                                            )
NATIONAL ARCHIVES AND                       )
RECORDS ADMINISTRATION,                     )
                                            )
            Defendant.                      )
_____)

## RESPONSE TO THE SEPTEMBER 30, 2008 ORDER TO SHOW CAUSE

Defendant hereby responds to this Court's Order of September 30, requiring Defendant to "show cause in writing on or before October 14, 2008 why it is not increasing the speed of production by simultaneously notifying former and incumbent Presidents that records are eligible for disclosure as required by 36 C.F.R. § 1270.46(e)."

On September 17, 2008, Defendant did provide simultaneous notice to both the former and incumbent Presidents, indicating that certain records are eligible for disclosure. See Third Supplemental Declaration of Emily Robison, ¶ 4, attached hereto as Exhibit 1. Defendant understands the source of the Court's concern to be paragraph 7 of the Second Supplemental Robison Declaration. Paragraph 7 stated that NARA notified the representative of the former President that approximately 46,700 pages were eligible for disclosure, and that once the former President's review is complete, NARA will notify the incumbent President. Second Supp. Robison Decl. at ¶ 7. The attached declaration clarifies the process: NARA sent notices to both the former *and* incumbent Presidents on September 17, 2008, stating that the documents were eligible for disclosure. At that point, both the former and incumbent Presidents had access to, and

–2–

the opportunity to begin their review of, the documents eligible for disclosure. Third Supp. Robison Decl. at ¶ 4. After the former President's review is complete, however, NARA intends to provide a *second* letter notifying the incumbent President of the review decision made by the former President (this is the notification that was referred to in paragraph 7 of the prior declaration). Id. at ¶ 4. This second letter would be sent in accordance with the incumbent President's stated desire in Executive Order 13233, Section 3(d), to have an opportunity to consider the former President's withholding determinations, if any, as part of the incumbent President's own final review of the records prior to release. Id. Accordingly, Defendant has complied with the presidential notification procedures, and anticipates that, subject to the above-contemplated review process, the first approximately 46,700 page portion of records will be available for release within the timeframe previously set forth by Defendant.

Respectfully submitted this 14th day of October, 2008.

        GREGORY G. KATSAS
        Assistant Attorney General

        JEFFREY A. TAYLOR
        United States Attorney

        JOHN R. TYLER
        Senior Trial Counsel

–3–

| | |
|---|---|
| OF COUNSEL | /s/ Varu Chilakamarri_____ |
| JASON R. BARON | VARU CHILAKAMARRI |
| (DC Bar No. 366663) | Trial Attorney, Federal Programs Branch |
| Director of Litigation | U.S. Department of Justice, Civil Division |
| Office of the General Counsel | Tel: (202) 616-8489 |
| National Archives and Records Administration | Fax: (202) 616-8470 |
| 8601 Adelphi Road, Suite 3110 | varudhini.chilakamarri@usdoj.gov |
| College Park, MD 20740 | |
| Telephone: (301) 837-1499 | Courier Address: |
| Fax: (301) 837-0293 | 20 Massachusetts Ave., NW, Rm. 7226 |
| jason.baron@nara.gov | Washington, D.C. 20530 |

*Counsel for Defendant*

### CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2008, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

 /s/ Varu Chilakamarri_____
VARU CHILAKAMARRI