IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1987 (PLF) |
| v. ) | |
| NATIONAL ARCHIVES AND ) RECORDS ADMINISTRATION, ) | |
| Defendant. ) | |

## STATUS REPORT

Defendant, the National Archives and Records Administration ("NARA"), respectfully submits this status report, identifying the status of production of plaintiff's Freedom of Information Act ("FOIA") request, as directed by this Court's Order of September 30, 2008.

Plaintiff, Judicial Watch, filed this action under the FOIA, requesting all of the records of the Task Force on National Health Care Reform ("Task Force"), which was chaired by First Lady Hillary Rodham Clinton. This FOIA request was subsequently narrowed to a sub-category of Task Force records described as "Working Files; Staff Office Files and Memoranda." This sub-category consists of approximately one million pages of records housed in the Clinton Presidential Library. Pursuant to this Court's Order of September 30, 2008, proceedings in this action are currently stayed until March 31, 2009.

The current status of production is as follows:

1. On November 12, 2008, NARA opened and made available to the public approximately **45,763 pages** of records responsive to Judicial Watch's FOIA request -- specifically, records from Ira Magaziner's health care files. These approximately 45,763 pages

–1–

–2–

were processed by the Clinton Presidential Library according to the criteria set forth in the FOIA and the Presidential Records Act ("PRA"), 44 U.S.C. § 2201, including an opportunity for review by representatives of both the incumbent and the former President.  Certain withholdings were made pursuant to restrictions under the PRA, which are not subject to judicial review at this time.  44 U.S.C. § 2204(b)(3); see also H.R. Rep. No. 95-1487, at 4, 16.  In addition, withholdings were made pursuant to 5 U.S.C. § 552(b)(2) (FOIA Exemption 2) on five of the 45,763 pages.  Plaintiff has not filed an administrative appeal of any of the withholdings made under the PRA or the FOIA.

  2. The Clinton Presidential Library will continue to process records responsive to Plaintiff's FOIA request as they arise in the Library's multi-track queue system.  See Declaration of Emily Robison, ¶¶ 17, 33-34, Doc. 8-3; Supplemental Declaration of Emily Robison ¶¶ 4-7, 15-19, Doc. 18-2; Second Supplemental Declaration of Emily Robison ¶¶ 5-6, 8, Doc. 23-2.  As was previously detailed, after the Library completes the processing of a request (or, in the case of extremely large requests, an approximately 50,000 page segment of a request), the Library turns to the next request in the next-in-line queue.  See Supplemental Declaration ¶ 17; Second Supplemental Declaration ¶¶ 5-6.  At this time, there are 12 requests that will have to be processed before the Library reaches the next segment of records responsive to Judicial Watch's FOIA request.

  3. Although defendant has now processed a substantial amount of records responsive to Judicial Watch's FOIA request, the remainder of responsive records is nonetheless voluminous.  Accordingly, at the expiration of the current stay, defendant anticipates that it will request additional time for processing the remainder of the FOIA request.  Defendant remains open and willing to continue discussions with Judicial Watch regarding the possibility that the present FOIA

request may be narrowed further, particularly in light of the recently opened records and the information therein, which may assist Judicial Watch in further tailoring its request.

Respectfully submitted this 27th day of February, 2009.

MICHAEL F. HERTZ
Acting Assistant Attorney General

JEFFREY A. TAYLOR
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

OF COUNSEL
JASON R. BARON
(DC Bar No. 366663)
Director of Litigation
Office of the General Counsel
National Archives and Records Administration
8601 Adelphi Road, Suite 3110
College Park, MD 20740
Telephone: (301) 837-1499
Fax: (301) 837-0293
jason.baron@nara.gov

/s/ *Varu Chilakamarri*_____
VARU CHILAKAMARRI  (NY Bar)
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
Tel: (202) 616-8489
Fax: (202) 616-8470
varudhini.chilakamarri@usdoj.gov

Courier Address:
20 Massachusetts Ave., NW, Rm. 7226
Washington, D.C. 20530

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2009, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

 /s/ *Varu Chilakamarri*____
VARU CHILAKAMARRI