IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) <br> ) <br> Plaintiff, ) <br> ) Civil Action No. 07-1987 (PLF) <br> v. ) <br> ) <br> NATIONAL ARCHIVES AND ) <br> RECORDS ADMINISTRATION, ) <br> ) <br> Defendant. ) | |

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff, Judicial Watch, Inc. and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for six months, through and including September 30, 2009, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. In support of this motion, the parties state as follows:

1. Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter "Task Force"), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." See Exhibit 5, Doc. 13-6. According to the archival estimate of the Clinton Presidential Library, this group of records consists of approximately 940,000 pages of records. See Supplemental Declaration of Emily Robison, at ¶ 12, Doc. 18-2.

2. On September 30, 2008, this Court stayed this action until March 31, 2009, and ordered Defendant to file a status report on or before February 28, 2009. As noted in Defendant's status

–1–

–2–

report, NARA has opened and made available to the public approximately 45,763 pages of records responsive to Plaintiff's FOIA request -- specifically, records from Ira Magaziner's health care files.[1] Further, Defendant's status report explained that the Clinton Presidential Library will continue to process records responsive to Plaintiff's FOIA request as responsive segments arise in the Library's multi-track queue system.  Status Report, at ¶ 2, Doc. 26.

3.      According to the Clinton Presidential Library, there are currently eight FOIA requests that will have to be processed before the Library reaches the next segment of Health Care Reform/Health Care Task Force records – specifically, records from Hillary Clinton's files on Health Care Task Force/Health Care Reform.[2] The Library estimates that it will reach this segment of records by July of this year, at which point it will begin processing an approximately 50,000 page archival segment of these records.

4.      Given the status of the responsive records remaining to be processed, the parties request that this Court stay the proceedings for six months, so that the Library can continue to process records as they arise in its FOIA queue system.  The Library will continue to process segments of responsive records as they move to the top of the queue, and if the Library completes the processing of any segment of responsive records prior to the expiration of the proposed stay, the Library will initiate the presidential notification review process, as required by the Presidential Records Act, E.O. 13489, and NARA's regulations, and thereafter make the records available to the public on a rolling basis.  Defendant will alert Judicial Watch as segments of records become available for review.  Accordingly, to minimize litigation costs and conserve judicial resources,

---

[1] As previously explained, prior to receiving Judicial Watch's FOIA request, the Library received a third-party request for Ira Magaziner's files on Health Care Task Force and Health Care Reform.

[2] Prior to receiving Judicial Watch's FOIA request, the Library also received a third-party request for Hillary Clinton's files on Health Care Task Force and Health Care Reform.

there is good cause to stay proceedings in this case for six months, through and including September 30, 2009.

5. The parties further propose filing, no later than August 31, 2009, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for six months, through and including September 30, 2009. A proposed order is attached.

Respectfully submitted this 30th day of March, 2009.

| JUDICIAL WATCH, INC. | MICHAEL F. HERTZ |
| --- | --- |
| | Acting Assistant Attorney General |
| PAUL J. ORFANEDES | |
| D.C. Bar No. 429716 | JEFFREY A. TAYLOR |
| | United States Attorney |
| /s/ James F. Peterson (filed with permission) | |
| JAMES F. PETERSON | ELIZABETH J. SHAPIRO |
| D.C. Bar No. 450171 | Deputy Branch Director |
| | |
| Suite 500 | /s/ Varu Chilakamarri |
| 501 School Street, S.W. | VARU CHILAKAMARRI  (NY Bar) |
| Washington, DC 20024 | Trial Attorney, Federal Programs Branch |
| Tel: (202) 646-5172 | U.S. Department of Justice, Civil Division |
| Fax: (202) 646-5199 | Tel: (202) 616-8489/Fax: (202) 616-8470 |
| | varudhini.chilakamarri@usdoj.gov |
| | 20 Massachusetts Ave., NW, Rm. 7226 |
| | Washington, D.C. 20530 |
| | |
| | OF COUNSEL |
| | JASON R. BARON |
| | (DC Bar No. 366663) |
| | Director of Litigation |
| | Office of the General Counsel |
| | National Archives and Records Administration |
| | 8601 Adelphi Road, Suite 3110 |
| | College Park, MD 20740 |
| | Tel: (301) 837-1499/Fax: (301) 837-0293 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

–4–

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2009, a true and correct copy of the foregoing was served electronically by the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and that the documents are available on the ECF system.

 /s/ *Varu Chilakamarri*
VARU CHILAKAMARRI
