UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
JUDICIAL WATCH, INC.,                       )
                                            )
            Plaintiff,                      )
                                            )   Civil Action No. 07-1987 (PLF)
       v.                                   )
                                            )
NATIONAL ARCHIVES AND                       )
RECORDS ADMINISTRATION,                     )
                                            )
            Defendant.                      )
_____)

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice and substitute Lesley Farby as lead counsel for the Defendant in this action in place of Varudhini Chilakamarri.

Dated: August 11, 2009

Respectfully Submitted,

TONY WEST
Assistant Attorney General

CHANNING D. PHILLIPS
Acting United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

/s/ Lesley R. Farby_____
Lesley R. Farby (D.C. Bar # 495625)
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W., Room 7220
Washington, DC 20530
Tel. (202) 514-3481 / Fax (202) 616-8470
lesley.farby@usdoj.gov

*Counsel for Defendant*