UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                      )
JUDICIAL WATCH, INC.,                 )
                                      )
            Plaintiff,                )
                                      )   Civil Action No. 07-1987 (PLF)
      v.                              )
                                      )
NATIONAL ARCHIVES AND                 )
RECORDS ADMINISTRATION,               )
                                      )
            Defendant.                )
_____)

**JOINT MOTION TO STAY PROCEEDINGS**

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional six months, through and including March 31, 2010, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. In support of this motion, the parties state as follows:

1. Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter "Task Force"), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." See Exhibit 5, Doc. 13-6. According to the archival estimate of the Clinton Presidential Library, this group of records consists of approximately 940,000 pages of records. See Supplemental Declaration of Emily Robison, at ¶ 12, Doc. 18-2.

2. On April 2, 2009, this Court granted the parties' joint motion to stay proceedings through and including September 30, 2009. The Court ordered the parties to file a joint status report on

or before August 31, 2009 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

3.      The Clinton Presidential Library is currently processing the second approximately 50,000 page archival segment of Plaintiff's request.[1]  Specifically, the Library is processing records from Hillary Clinton's files on Health Care Task Force/Health Care Reform.[2]  To date, the Library has processed 61 of 64 boxes and expects to complete its processing of these boxes by the end of September of this year.  Once the processing of these documents is complete, the Library will initiate the presidential notification review process, as required by the Presidential Records Act, E.O. 13489, and NARA's regulations, and thereafter make the records available to the public on a rolling basis.  Defendant will alert Judicial Watch as segments of records become available for review.

4.      The Library will continue to process additional records responsive to Plaintiff's FOIA request as they arise in the Library's multi-track queue system.  See Declaration of Emily Robison, ¶¶ 17, 33-34, Doc. 8-3; Supplemental Declaration of Emily Robison ¶¶ 4-7, 15-19, Doc. 18-2; Second Supplemental Declaration of Emily Robison ¶¶ 5-6, 8, Doc. 23-2.  As was previously detailed, after the Library completes the processing of a request (or, in the case of extremely large requests, an approximately 50,000 page segment of a request), the Library turns

---

[1] As explained in a status report filed on February 27, 2009, Defendant previously opened and made available to the public approximately 45,763 pages of records responsive to Plaintiff's FOIA request, specifically, records from Ira Magaziner's health care files.  See Status Report ¶ 1, Doc. 26.  These records were responsive to a third-party request received prior to Plaintiff's request.

[2] As previously explained, prior to receiving Judicial Watch's FOIA request, the Library also received a third-party request for Hillary Clinton's files on Health Care Task Force and Health Care Reform.

to the next request in the next-in-line queue.  See Supplemental Declaration ¶ 17; Second Supplemental Declaration ¶¶ 5-6.

5. Given the status of the responsive records remaining to be processed, the parties request that this Court stay the proceedings for an additional six months, so that the Library can continue to process records as they arise in its FOIA queue system.  The Library will continue to process additional segments of responsive records as they move to the top of the queue, and if the Library completes the processing of any segment of responsive records prior to the expiration of the proposed stay, the Library will initiate the presidential notification review process and thereafter make the records available to the public on a rolling basis.  Defendant will alert Judicial Watch as additional segments of records become available for review.  Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including March 31, 2010.

6. The parties further propose filing, no later than March 1, 2010, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for six months, through and including March 31, 2010.  A proposed order is attached.  Respectfully submitted this 31st day of August, 2009.

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>/s/_Paul J. Orfanedes (filed with permission)_<br><br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716<br><br>JAMES F. PETERSON<br>D.C. Bar No. 450171<br><br>Suite 500<br>501 School Street, S.W.<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiff* | TONY WEST<br>Assistant Attorney General<br><br>CHANNING D. PHILLIPS<br>Acting United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/_Lesley Farby_____<br>LESLEY FARBY (DC Bar. No. 495625)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 514-3481/Fax: (202) 616-8470<br>lesley.farby@usdoj.gov<br>20 Massachusetts Ave., NW, Rm. 7220<br>Washington, D.C. 20530<br><br>OF COUNSEL<br>JASON R. BARON<br>(DC Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Tel: (301) 837-1499/Fax: (301) 837-0293<br><br>*Counsel for Defendant* |