UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP - 8 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JUDICIAL WATCH, INC., )
 )
        Plaintiff, )
 )
  v. )
 )
NATIONAL ARCHIVES AND )
RECORDS ADMINISTRATION, )
 )
        Defendant. )

Civil Action No. 07-1987 (PLF)

## [~~PROPOSED~~] ORDER

For the reasons stated in the parties' Joint Motion to Stay Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including March 31, 2010; and it is

**FURTHER ORDERED** that, no later than March 1, 2010, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.

Dated: 9/8/09

_____
JUDGE PAUL L. FRIEDMAN
United States District Judge