UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
JUDICIAL WATCH, INC.,              )
                                   )
                Plaintiff,         )
                                   )   Civil Action No. 07-1987 (PLF)
        v.                         )
                                   )
NATIONAL ARCHIVES AND              )
RECORDS ADMINISTRATION,            )
                                   )
                Defendant.         )
_____)

## JOINT MOTION TO STAY PROCEEDINGS

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional six months, through and including September 30, 2010, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. In support of this motion, the parties state as follows:

1.      Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter "Task Force"), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." See Exhibit 5, Doc. 13-6. According to the archival estimate of the Clinton Presidential Library, this group of records consists of approximately 940,000 pages of records. See Supplemental Declaration of Emily Robison, at ¶ 12, Doc. 18-2.

2. On September 8, 2009, this Court granted the parties' joint motion to stay proceedings through and including March 31, 2010.  The Court ordered the parties to file a joint status report on or before March 1, 2010 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

3. As was previously detailed, the Library continues to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system.  See Declaration of Emily Robison, ¶¶ 17, 33-34, Doc. 8-3; Supplemental Declaration of Emily Robison, ¶¶ 4-7, 15-19, Doc. 18-2; Second Supplemental Declaration of Emily Robison ¶¶ 5-6, 8, Doc. 23-2.

4. The Clinton Presidential Library has completed processing an approximately 50,000 page archival segment of Plaintiff's request consisting of records from the First Lady's files on Health Care Task Force/Health Care Reform.  The Library has initiated the presidential notification review process, as required by the Presidential Records Act, Executive Order 13,489, and NARA's regulations.  Once this presidential notification review process is complete, the Library will make the records available to the public.  Defendant will alert Judicial Watch as these records become available for review.

5. The Library is currently processing an additional 50,000 page segment of Plaintiff's request, consisting of Ira Magaziner's Health Care Task Force files.  The Library currently expects its review to be complete by the end of May 2010.  When the processing of these documents is complete, the Library will initiate the presidential notification review process and thereafter make the records available to the public once that notification review process is complete.  Defendant will alert Judicial Watch as these records become available for review.

6.      In addition, the Library has initiated the presidential notification review process with respect to the folder titles of the documents collectively described as "Working Files; Staff Office Files and Memoranda." The parties expect that the release of these folder titles will aid Plaintiff in substantially narrowing its request from the current approximately 940,000 pages of records.

7.      Since the previous Joint Motion to Stay Proceedings was filed on August 31, 2009, the Clinton Presidential Library has hired a substantial number of additional employees. The Library has hired seven additional archivists, raising the total number of archivists from eight to 15. In addition, the Library has hired three temporary archives technicians. These new employees began their employment at the Library between October and December 2009, increasing the total archival staff from 14 to 23 employees.

8.      Given the status of the responsive records remaining to be processed, the parties request that this Court stay the proceedings for an additional six months, so that the Library can continue to process records as they arise in its FOIA queue system, and the parties can work to narrow Plaintiff's request. The Library will continue to process additional segments of responsive records as they move to the top of the queue, and if the Library completes the processing of any segment of responsive records prior to the expiration of the proposed stay, the Library will initiate the presidential notification review process and thereafter make the records available to the public. Defendant will alert Judicial Watch as additional segments of records become available for review. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including September 30, 2010.

9.      The parties further propose filing, no later than September 1, 2010, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is

–4–

needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for six months, through and including September 30, 2010.  A proposed order is attached.

Respectfully submitted this 1st day of March, 2010.

| | |
|---|---|
| JUDICIAL WATCH, INC.<br><br>/s/_ James F. Peterson (filed with permission)_<br><br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716<br><br>JAMES F. PETERSON<br>D.C. Bar No. 450171<br><br>Suite 500<br>501 School Street, S.W.<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br><br><br><br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiff* | TONY WEST<br>Assistant Attorney General<br><br>RONALD C. MACHEN JR.<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/_ Lesley Farby_____<br>LESLEY FARBY (DC Bar. No. 495625)<br>Trial Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>Tel: (202) 514-3481/Fax: (202) 616-8470<br>lesley.farby@usdoj.gov<br>20 Massachusetts Ave., NW, Rm. 7220<br>Washington, D.C. 20530<br><br>OF COUNSEL<br>JASON R. BARON<br>(DC Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Tel: (301) 837-1499/Fax: (301) 837-0293<br><br>*Counsel for Defendant* |