**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| | ) |
| JUDICIAL WATCH, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )   Civil Action No. 07-01987 (PLF) |
| v. | ) |
| | ) |
| NATIONAL ARCHIVES AND | ) |
| RECORDS ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |
| _____) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice and substitute Ethan P. Davis as lead counsel for the Defendant in this

action in place of Lesley Farby.

Dated:   April 16, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

s/ Ethan P. Davis_____
Ethan P. Davis (New York Bar)
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, D.C. 20530
Tel: (202) 514-9242 / Fax: (202) 616-8470
Ethan.P.Davis@usdoj.gov

*Counsel for Defendant*