IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1987 (PLF) |
| | ) | |
| U.S. NATIONAL ARCHIVES AND RECORDS ADMINISTRATION | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF CHANGE OF ADDRESS**

      Plaintiff hereby notifies this Court that Paul J. Orfanedes, counsel for Plaintiff, has a new mailing address.  The old address was as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 700
> Washington, DC 20024

The new address is as follows:

> Judicial Watch, Inc.
> 425 Third St., SW
> Suite 800
> Washington, DC 20024

Counsel's phone number, fax number, and email address have not changed.

Dated: June 8, 2010                                  Respectfully submitted,
                                                     JUDICIAL WATCH, INC.


                                                     /s/ Paul J. Orfanedes
                                                     D.C. Bar No. 429716
                                                     425 Third St., SW
                                                     Suite 800
                                                     Washington, DC 20024
                                                     Tel:  (202) 646-5172
                                                     Fax: (202) 646-5199

                                                     Attorneys for Plaintiff