IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION )<br>)<br>Defendant. )<br>_____) | Civ. Action No. 07-1987 (PLF) |

**NOTICE OF CHANGE OF ADDRESS**

      Plaintiff hereby notifies this Court that James F. Peterson, counsel for Plaintiff, has a new mailing address.  The old address was as follows:

> Judicial Watch, Inc.
> 501 School Street, S.W.
> Suite 700
> Washington, DC 20024

The new address is as follows:

> Judicial Watch, Inc.
> 425 Third St., SW
> Suite 800
> Washington, DC 20024

Counsel's phone number, fax number, and email address have not changed.

| | |
|---|---|
| Dated: June 9, 2010 | Respectfully submitted,<br>JUDICIAL WATCH, INC.<br><br>/s/ James F. Peterson<br>D.C. Bar No. 450171<br>425 Third St., SW<br>Suite 800<br>Washington, DC 20024<br>Tel:  (202) 646-5172<br>Fax: (202) 646-5199<br><br>Attorneys for Plaintiff |