**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
JUDICIAL WATCH, INC.,                     )
                                          )
                  Plaintiff,              )
                                          )     Civil Action No. 07-01987 (PLF)
          v.                              )
                                          )
NATIONAL ARCHIVES AND                     )
RECORDS ADMINISTRATION,                   )
                                          )
                  Defendant.              )
_____)

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Motion to Stay Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including March 31,

2011; and it is

**FURTHER ORDERED** that, no later than March 1, 2011, the parties shall file a Joint

Status Report advising the Court on the status of the production process, and whether (if

additional time is needed for processing responsive records) the parties agree to a proposed

extension of the stay.

SO ORDERED.

Dated: _____          _____
                                 JUDGE PAUL L. FRIEDMAN
                                 United States District Judge