**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 07-1987 (PLF) |
| ) | |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Julie B. Axelrod of Judicial Watch, Inc. hereby enters her appearance on behalf of Plaintiff in the above-captioned matter.

Dated:  August 12, 2011                                       Respectfully submitted,

                                                                              JUDICIAL WATCH, INC.

                                                                              /s/ Julie B. Axelrod
                                                                              D.C. Bar No. 1001557
                                                                              425 Third St., SW, Suite 800
                                                                              Washington, DC 20024
                                                                              Tel:  (202) 646-5172
                                                                              Fax:  (202) 646-5199

                                                                              *Attorney for Plaintiff*