UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
            Plaintiff,              )
                                    )   Civil Action No. 07-01987 (PLF)
         v.                         )
                                    )
NATIONAL ARCHIVES AND               )
RECORDS ADMINISTRATION,             )
                                    )
            Defendant.              )
_____ )

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional six months, through and including September 30, 2012, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. In support of this motion, the parties state as follows:

1.  Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter "Task Force"), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." See Exhibit 5, Doc. 13-6. According to the archival estimate of the Clinton Presidential Library, this group of records consists of approximately 940,000 pages of records. See Supplemental Declaration of Emily Robison, at ¶ 12, Doc. 18-2.

2.     On September 6, 2011, this Court granted the parties' joint motion to stay proceedings through and including March 31, 2012.  The Court ordered the parties to file a joint status report on or before March 1, 2012 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

3.     As was previously detailed, the Library continues to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system.  See Declaration of Emily Robison, ¶¶ 17, 33-34, Doc. 8-2; Supplemental Declaration of Emily Robison, ¶¶ 4-7, 15-19, Doc. 18-2; Second Supplemental Declaration of Emily Robison ¶¶ 5-6, 8, Doc. 23-2.

4.     Since September 2011, the Clinton Presidential Library completed processing part of Plaintiff's request consisting of records from the First Lady's files on Health Care Task Force/Health Care Reform.  These materials consisted of approximately 37,587 pages, 42 diskettes (of which 2 were duplicates), 4 5 x 7 photos, 17 audiocassettes, 6 VHS tapes, and 212 slides.  Moreover, the Library initiated and completed the presidential notification review process, as required by the Presidential Records Act, Executive Order 13,489, and NARA's regulations.  The Library notified Judicial Watch that these records were open for research in February 2012.

5.     In addition, Judicial Watch researchers reviewed ready records at the Clinton Presidential Library from July 27 through 29, 2011, again from August 23 through 26, 2011, and most recently from January 31 through February 2, 2012.  Following the first visit, the researchers developed a prioritized list of folder titles for the Library to process next, in a batch of 500, in response to the Library's agreement to prioritize the processing of the materials that Judicial

Watch selected. During the researchers' second visit, as explained in the previous status report (*see* ECF No. 40 at 3), several dozen pieces of audio visual material in floppy disk and videocassette formats could not be examined for lack of suitable devices. That situation was remedied by the third site visit. The Library has begun processing the priority list developed and provided by Judicial Watch and will alert Judicial Watch as these records become available for review.

6.      Given the volume of responsive records remaining to be processed, the parties request that this Court stay the proceedings for an additional six months. The Library will continue to process additional segments of responsive records as they move to the top of its assigned queue. Judicial Watch will continue to review materials as they become available. The Library is committed to continuing to process responsive records before the proposed stay expires. When it completes the processing of a segment of responsive records, the Library will initiate the presidential notification review process and thereafter make the records available to the public. Defendant will alert Judicial Watch as additional segments of records become available for review. In addition, the parties intend to continue discussing ways to narrow Judicial Watch's request further and are hopeful that they will be able to reach an agreement in that respect. To this end, Judicial Watch has already agreed to forgo review of approximately 27,900 pages of documents. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including September 30, 2012.

7.      The parties further propose filing, no later than September 1, 2012, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for six months, through and including September 30, 2012. A proposed order is attached.

Respectfully submitted this 29th day of February, 2012.

| JUDICIAL WATCH, INC. | TONY WEST |
| --- | --- |
| | Assistant Attorney General |
| s/ *Julie Axelrod*_____ | |
| | RONALD C. MACHEN JR. |
| PAUL J. ORFANEDES | United States Attorney |
| D.C. Bar No. 429716 | |
| | ELIZABETH J. SHAPIRO |
| JULIE AXELROD | Deputy Branch Director |
| D.C. Bar No. 1001557 | |
| | s/ *Ethan P. Davis*_____ |
| 425 Third St., SW | ETHAN P. DAVIS (New York Bar) |
| Suite 800 | Trial Attorney |
| Washington, DC 20024 | U.S. Department of Justice |
| Tel: (202) 646-5172 | Civil Division, Federal Programs Branch |
| Fax: (202) 646-5199 | 20 Massachusetts Ave. NW |
| | Washington, D.C. 20530 |
| | Tel: (202) 514-9242 / Fax: (202) 616-8470 |
| | Ethan.P.Davis@usdoj.gov |
| | |
| | OF COUNSEL |
| | JASON R. BARON |
| | (D.C. Bar No. 366663) |
| | Director of Litigation |
| | Office of the General Counsel |
| | National Archives and Records Administration |
| | 8601 Adelphi Road, Suite 3110 |
| | College Park, MD 20740 |
| | Tel: (301) 837-1499/Fax: (301) 837-0293 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |