UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL ARCHIVES AND )<br>RECORDS ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-01987 (PLF) |

### [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including September 30, 2013; and it is

**FURTHER ORDERED** that, no later than September 1, 2013, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.


Dated: _____          _____
                                JUDGE PAUL L. FRIEDMAN
                                United States District Judge