UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
         Plaintiff,                 )
                                    )   Civil Action No. 07-01987 (PLF)
         v.                         )
                                    )
NATIONAL ARCHIVES AND               )
RECORDS ADMINISTRATION,             )
                                    )
         Defendant.                 )
_____)

## JOINT MOTION TO EXTEND STAY OF PROCEEDINGS

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional year, through and including September 30, 2014, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system.  Although previous stays have lasted for six months, the parties believe that a longer, one-year extension here will serve judicial economy and conserve the parties' resources by obviating the need to return to the Court for an additional extension in March of next year. In support of this motion, the parties state as follows:

1. Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter "Task Force"), to include but not limited to any and all sub-elements of the Task Force."  Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda."  See Exhibit 5, Doc. 13-6.  According to the archival estimate of

the Clinton Presidential Library, this group of records consists of approximately 940,000 pages of records.  See Supplemental Declaration of Emily Robison, at ¶ 12, Doc. 18-2.

2. On March 1, 2013, this Court granted the parties' joint motion to stay proceedings through and including September 30, 2013.  The Court ordered the parties to file a joint status report on or before September 1, 2013 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

3. As was previously detailed, the Library continues to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system.  See Declaration of Emily Robison, ¶¶ 17, 33-34, Doc. 8-2; Supplemental Declaration of Emily Robison, ¶¶ 4-7, 15-19, Doc. 18-2; Second Supplemental Declaration of Emily Robison ¶¶ 5-6, 8, Doc. 23-2.

4. The Clinton Presidential Library has completed processing the next segment of Plaintiff's request consisting of records from the First Lady's files on Health Care Task Force/Health Care Reform.  This segment consisted of the priority list developed and provided by Judicial Watch to the Library on July 13, 2012.  These materials consisted of approximately 35,171 pages, 6 videotapes, and 7 diskettes.  Moreover, the Library initiated and completed the presidential notification review process with respect to this segment.  The Library informed Judicial Watch that these records were open to the public in a letter dated July 1, 2013.

5. Moreover, the Library has completed processing an additional segment of Plaintiff's request.  This segment consists of approximately 57,234 pages and 3 diskettes.  The Library has initiated the presidential notification review process with respect to this segment.  When that

process is completed, the Library will make those records available to the public.  The Library will alert Judicial Watch as these records become available for review.

6. Given the volume of responsive records remaining to be processed, the parties request that this Court stay the proceedings for an additional one year.  The Library will continue to process additional segments of responsive records as they move to the top of its assigned queue.  Judicial Watch will continue to review materials as they become available.  The Library is committed to continuing to process responsive records before the proposed stay expires.  When it completes the processing of a segment of responsive records, the Library will initiate the presidential notification review process and thereafter make the records available to the public.  Defendant will alert Judicial Watch as additional segments of records become available for review. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including September 30, 2014.

7. The parties further propose filing, no later than September 1, 2014, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for one year, through and including September 30, 2014.  A proposed order is attached.

Respectfully submitted this 26th day of August, 2013.

| JUDICIAL WATCH, INC.<br><br>s/ Julie Axelrod<br><br>PAUL J. ORFANEDES<br>D.C. Bar No. 429716 | TONY WEST<br>Assistant Attorney General<br><br>RONALD C. MACHEN JR.<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO |
|---|---|

| | |
|---|---|
| JULIE AXELROD<br>D.C. Bar No. 1001557<br><br>425 Third St., SW<br>Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br><br><br><br><br><br><br><br><br><br><br><br>*Counsel for Plaintiff* | Deputy Branch Director<br><br>s/ Ethan P. Davis<br>ETHAN P. DAVIS (New York Bar)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, D.C. 20530<br>Tel: (202) 514-9242 / Fax: (202) 616-8470<br>Ethan.P.Davis@usdoj.gov<br><br>OF COUNSEL<br>JASON R. BARON<br>(D.C. Bar No. 366663)<br>Director of Litigation<br>Office of the General Counsel<br>National Archives and Records Administration<br>8601 Adelphi Road, Suite 3110<br>College Park, MD 20740<br>Tel: (301) 837-1499/Fax: (301) 837-0293<br><br>*Counsel for Defendant* |