**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 07-1987 (PLF) |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL

Please withdraw the appearance of Julie Axelrod of Judicial Watch, Inc. as counsel for Plaintiff in the above-captioned matter.   Paul J. Orfanedes will continue to be counsel of record on this matter.

Dated: October 10, 2013

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Julie Axelrod_____
D.C.  Bar No. 1001557
425 Third Street, SW, Suite 800
Washington, DC  20024
(202) 646-5172

Attorneys for Plaintiff