UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-01987 (PLF) |
| NATIONAL ARCHIVES AND RECORDS ADMINISTRATION, | ) |
| Defendant. | ) |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional year, through and including September 30, 2015, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. Consistent with the prior one-year stay of proceedings in this case, the parties believe that the one-year extension requested here will best serve judicial economy and conserve the parties' resources. In support of this motion, the parties state as follows:

1. Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter 'Task Force'), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." *See* ECF No. 13-6. According to the archival estimate of

the Clinton Presidential Library, this group of records consists of approximately 940,000 pages of records.  *See* Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶ 12.

   2. On August 27, 2013, this Court granted the parties' joint motion to stay proceedings through and including September 30, 2014.  The Court ordered the parties to file a joint status report on or before September 1, 2014 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

   3. As was previously detailed, the Library continues to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system.  *See* Decl. of Emily Robison (ECF No. 8-2) ¶¶ 17, 33-34; Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶¶ 4-7, 15-19; Second Suppl. Decl. of Emily Robison (ECF No. 23-1) ¶¶ 5-6, 8.

   4. Since the parties' last status report, filed on August 26, 2013 (ECF No. 44), the Clinton Presidential Library has completed processing a significant number of pages responsive to Plaintiff's request.  With respect to the segment referenced in paragraph 5 of the parties' prior report, those approximately 57,234 pages and 3 diskettes were made available to the public, as described in the Library's letter to Judicial Watch dated October 17, 2013.

   5. Moreover, NARA has finished processing two additional segments.  NARA completed processing a segment consisting of approximately 46,637 pages (including 5,842 electronic records from 19 diskettes), and made those available to the public as described in the Library's letter to Judicial Watch dated May 21, 2014.  NARA also completed processing a segment consisting of approximately 43,394 pages (including 5,071 electronic pages from 18

diskettes), and made those available to the public as described in the Library's letter to Judicial Watch dated August 19, 2014.

6. Given the volume of responsive records which remain to be processed—approximately 600,000 pages of records—the parties jointly request that this Court stay the proceedings for an additional year. The Library will continue to process additional segments of responsive records as they move to the top of its assigned queue. Judicial Watch will continue to review materials as they become available. The Library is committed to continuing to process and release responsive records on a rolling basis before the proposed stay expires. When it completes the processing of a segment of responsive records, the Library will initiate the presidential notification review process and thereafter make the records available to the public. Defendant will alert Judicial Watch as additional segments of records become available for public review. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including September 30, 2015.

7. The parties further propose filing, no later than September 1, 2015, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for one year, through and including September 30, 2015. A proposed order is attached.

Respectfully submitted this 29th day of August, 2014.

| JUDICIAL WATCH, INC.<br><br>s/ James F. Peterson<br><br>PAUL J. ORFANEDES | STUART F. DELERY<br>Assistant Attorney General<br><br>RONALD C. MACHEN JR.<br>United States Attorney |
|---|---|

| | |
|---|---|
| D.C. Bar No. 429716<br><br>JAMES F. PETERSON<br>D.C. Bar No. 450171<br><br>425 Third St., SW<br>Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br><br><br><br>*Counsel for Plaintiff* | ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br><u>s/ Daniel Schwei</u><br>DANIEL SCHWEI (N.Y. Bar Member)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, D.C. 20530<br>Tel: (202) 305-8693 / Fax: (202) 616-8470<br>Daniel.S.Schwei@usdoj.gov<br><br><br>*Counsel for Defendant* |