# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                               )
JUDICIAL WATCH, INC.,                          )
                                               )
                         Plaintiff,            )
                                               )          Civil Action No. 07-01987 (PLF)
            v.                                 )
                                               )
NATIONAL ARCHIVES AND                          )
RECORDS ADMINISTRATION,                        )
                                               )
                         Defendant.            )
_____)

## [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is

hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including September

30, 2015; and it is

**FURTHER ORDERED** that, no later than September 1, 2015, the parties shall file a

Joint Status Report advising the Court on the status of the production process, and whether (if

additional time is needed for processing responsive records) the parties agree to a proposed

extension of the stay.

SO ORDERED.


Dated: _____          _____
                                 JUDGE PAUL L. FRIEDMAN
                                 United States District Judge