## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-01987 (PLF) |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is

hereby

ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that this action is STAYED through and including September

30, 2015; and it is

FURTHER ORDERED that, no later than September 1, 2015, the parties shall file a

Joint Status Report advising the Court on the status of the production process, and whether (if

additional time is needed for processing responsive records) the parties agree to a proposed

extension of the stay.

SO ORDERED.

Dated: 8|29|14

JUDGE PAUL L. FRIEDMAN
United States District Judge