UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
JUDICIAL WATCH, INC.,                       )
                                            )
                    Plaintiff,              )
                                            )   Civil Action No. 07-01987 (PLF)
              v.                            )
                                            )
NATIONAL ARCHIVES AND                       )
RECORDS ADMINISTRATION,                     )
                                            )
                    Defendant.              )
_____)

## [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including September 30, 2016; and it is

**FURTHER ORDERED** that, no later than September 1, 2016, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.


Dated: _____          _____
                                JUDGE PAUL L. FRIEDMAN
                                United States District Judge