UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
    Plaintiff,                      )
                                    )
v.                                  )   Civil Action No. 07-1987 (PLF)
                                    )
U.S. NATIONAL ARCHIVES AND          )
  RECORDS ADMINISTRATION,          )
                                    )
    Defendant.                      )
_____ )

ORDER

For the reasons stated in th parties' Joint Motion to Extend Stay of Proceedings, it is hereby

ORDERED that the motion is GRANTED in part; it is

FURTHER ORDERED that this action is stayed through and including June 30, 2016; and it is

FURTHER ORDERED that, no later than June 1, 2016, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.

                                            /s/_____
                                            PAUL L. FRIEDMAN
DATE: September 2, 2015           United States District Judge