UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-01987 (PLF) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including June 30, 2017; and it is

**FURTHER ORDERED** that, no later than June 1, 2017, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.


Dated: _____        _____
                                JUDGE PAUL L. FRIEDMAN
                                United States District Judge