UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
JUDICIAL WATCH, INC.,                       )
                                            )
                Plaintiff,                  )
                                            )   Civil Action No. 07-01987 (PLF)
        v.                                  )
                                            )
NATIONAL ARCHIVES AND                       )
RECORDS ADMINISTRATION,                     )
                                            )
                Defendant.                  )
_____)

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional nine months, through and including November 1, 2017, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. Consistent with the prior stays of proceedings in this case, the parties believe that the nine-month extension requested here will best serve judicial economy and conserve the parties' resources. In support of this motion, the parties state as follows:

1.      Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter 'Task Force'), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." *See* ECF No. 13-6. According to the archival estimate of the Clinton Presidential

Library, this group of records consists of approximately 940,000 pages of records. *See* Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶ 12.

2. On June 2, 2016, this Court ordered that the action be stayed through and including February 1, 2017. The Court ordered the parties to file a joint status report on or before February 1, 2017 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay. *See* ECF No. 50.

3. As was previously detailed, the Library continues to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system. *See* Decl. of Emily Robison (ECF No. 8-2) ¶¶ 17, 33-34; Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶¶ 4-7, 15-19; Second Suppl. Decl. of Emily Robison (ECF No. 23-1) ¶¶ 5-6, 8.

4. Since the parties' last status report, filed on June 1, 2016 (ECF No. 51), the Clinton Presidential Library has completed processing and has made available to the public a significant number of pages responsive to Plaintiff's request. Specifically, NARA finished processing Segment 10 consisting of 52,638 pages (no electronic records), of which 52,126 pages were made available to the public. Additionally, NARA has finished processing Segment 11 consisting of 56,619 pages (and 218 electronic records). That segment has not yet been made available to the public, due to the transition between Presidential administrations and the statutory scheme governing official notifications, which provides a new President a six-month period after first taking office to review the records. *See* 44 U.S.C. § 2208(a)(3)(C). NARA has not yet provided the official notifications for Segment 11 due to the change in Presidential administrations, but will

provide those official notifications in the very near future, which will allow the records to be made available at the end of that statutory six-month period.

5. Given the volume of responsive records which remain to be processed—approximately 350,000 pages of records—the parties jointly request that this Court stay the proceedings for an additional nine-months. The Library will continue to process additional segments of responsive records as they move to the top of its assigned queue. Judicial Watch will continue to review materials as they become available. The Library is committed to continuing to process and release responsive records on a rolling basis before the proposed stay expires. When it completes the processing of a segment of responsive records, the Library will initiate the presidential notification review process and thereafter make the records available to the public. Defendant will alert Judicial Watch as additional segments of records become available for public review. Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including November 1, 2017.

6. The parties further propose filing, no later than November 1, 2017, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for nine months, through and including November 1, 2017. A proposed order is attached.

Respectfully submitted this 1st day of February, 2017.

| JUDICIAL WATCH, INC.<br><br>s/ James F. Peterson | CHAD A. READLER<br>Acting Assistant Attorney General |

| | |
|---|---|
| PAUL J. ORFANEDES<br>D.C. Bar No. 429716<br><br>JAMES F. PETERSON<br>D.C. Bar No. 450171<br><br>425 Third St., SW<br>Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br><br><br><br>*Counsel for Plaintiff* | CHANNING D. PHILLIPS<br>United States Attorney<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br><u>s/ Daniel Schwei</u><br>DANIEL SCHWEI (N.Y. Bar Member)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, D.C. 20530<br>Tel: (202) 305-8693 / Fax: (202) 616-8470<br>Daniel.S.Schwei@usdoj.gov<br><br><br>*Counsel for Defendant* |