# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                                   )

JUDICIAL WATCH, INC.,                  )

                            Plaintiff,      )

                                         )   Civil Action No. 07-01987 (PLF)

                       v.                        )

NATIONAL ARCHIVES AND            )
RECORDS ADMINISTRATION,          )

                      Defendant.     )
_____)

## [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including November 1, 2017; and it is

**FURTHER ORDERED** that, no later than November 1, 2017, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.

Dated: _____                    _____
                                                          JUDGE PAUL L. FRIEDMAN
                                                          United States District Judge