UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-01987 (PLF) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION TO EXTEND STAY OF PROCEEDINGS**

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for an additional nine months, through and including August 1, 2018, while Defendant continues to process records as they arise in its Freedom of Information Act ("FOIA") queue system. Consistent with the prior stays of proceedings in this case, the parties believe that the nine-month extension requested here will best serve judicial economy and conserve the parties' resources. In support of this motion, the parties state as follows:

1. Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter 'Task Force'), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." *See* ECF No. 13-6. According to the archival estimate of the Clinton Presidential

Library, this group of records consists of approximately 940,000 pages of records.  *See* Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶ 12.

2. On February 2, 2017, this Court ordered that the action be stayed through and including November 1, 2017.  The Court ordered the parties to file a joint status report on or before November 1, 2017 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.  *See* ECF No. 53.

3. As was previously detailed, the Library continues to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system.  *See* Decl. of Emily Robison (ECF No. 8-2) ¶¶ 17, 33-34; Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶¶ 4-7, 15-19; Second Suppl. Decl. of Emily Robison (ECF No. 23-1) ¶¶ 5-6, 8.

4. Since the parties' last status report, filed on February 1, 2017 (ECF No. 52), the Clinton Presidential Library has completed processing and has made available to the public a significant number of pages responsive to Plaintiff's request.  Specifically, NARA made available Segment 11 consisting of 56,625 pages (including 218 electronic pages), of which 55,862 pages were made available to the public.  Additionally, NARA finished processing Segment 12 consisting of 51,400 pages (including 2 electronic pages), of which 50,840 pages were made available to the public; and NARA also finished processing Segment 13 consisting of 53,423 pages (no electronic pages), of which 52,936 pages were made available to the public.

5. Given the volume of responsive records which remain to be processed—approximately 200,000 pages of records—the parties jointly request that this Court stay the proceedings for an additional nine months.  The Library will continue to process additional

segments of responsive records as they move to the top of its assigned queue.  Judicial Watch will continue to review materials as they become available.  The Library is committed to continuing to process and release responsive records on a rolling basis before the proposed stay expires.  When it completes the processing of a segment of responsive records, the Library will initiate the presidential notification review process and thereafter make the records available to the public.  Defendant will alert Judicial Watch as additional segments of records become available for public review.  Accordingly, to minimize litigation costs and conserve judicial resources, there is good cause to stay proceedings in this case through and including August 1, 2018.

6. The parties further propose filing, no later than August 1, 2018, a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

7. During this stay period, the parties will also meet and confer regarding whether it is possible to further narrow Plaintiff's request.  To the extent this meet-and-confer process results in all material responsive to Plaintiff's request being processed and released prior to August 1, 2018, the parties will so notify the Court.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for nine months, through and including August 1, 2018.  A proposed order is attached.

Respectfully submitted this 31st day of October, 2017.

| JUDICIAL WATCH, INC. | CHAD A. READLER |
| --- | --- |
|  | Acting Assistant Attorney General |
| s/ James F. Peterson |  |
|  | JESSIE K. LIU |
| PAUL J. ORFANEDES | United States Attorney |
| D.C. Bar No. 429716 |  |
|  | ELIZABETH J. SHAPIRO |
| JAMES F. PETERSON | Deputy Branch Director |

| | |
|---|---|
| D.C. Bar No. 450171<br><br>425 Third St., SW<br>Suite 800<br>Washington, DC 20024<br>Tel: (202) 646-5172<br>Fax: (202) 646-5199<br><br><br>*Counsel for Plaintiff* | <u>s/ Daniel Schwei</u><br>DANIEL SCHWEI (N.Y. Bar Member)<br>Senior Trial Counsel<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Ave. NW<br>Washington, D.C. 20530<br>Tel: (202) 305-8693 / Fax: (202) 616-8470<br>Daniel.S.Schwei@usdoj.gov<br><br><br>*Counsel for Defendant* |