## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

JUDICIAL WATCH, INC.,

                       Plaintiff,

                       v.

NATIONAL ARCHIVES AND
RECORDS ADMINISTRATION,

                    Defendant.

_____

                                   Civil Action No. 07-01987 (PLF)

### [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including November 1, 2017; and it is

**FURTHER ORDERED** that, no later than November 1, 2017, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.


Dated: _____               _____

                                        JUDGE PAUL L. FRIEDMAN
                                        United States District Judge