UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>U.S. NATIONAL ARCHIVES AND )<br>  RECORDS ADMINISTRATION, )<br>)<br>    Defendant. )<br>) | Civil Action No. 07-1987 (PLF) |

ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceeding [Dkt. 54], it is hereby

ORDERED that the motion is GRANTED; it is

FURTHER ORDERED that this action is stayed through and including August 1, 2018; and it is

FURTHER ORDERED that, no later than August 1, 2018, the parties shall file a Joint Status Report advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay.

SO ORDERED.

                                                                    _____/s/_____
                                                                      PAUL L. FRIEDMAN
DATE:  November 1, 2017                        United States District Judge