**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

———————————————————————

|  |  |  |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-01987 (PLF) |
| v. | ) | |
| | ) | |
| NATIONAL ARCHIVES AND | ) | |
| RECORDS ADMINISTRATION, | ) | |
| | ) | |
| Defendant. | ) | |

———————————————————————

**JOINT STATUS REPORT AND MOTION TO EXTEND STAY OF PROCEEDINGS**
**FOR TWO MONTHS TO ALLOW FOR FINAL NEGOTIATIONS**

Plaintiff, Judicial Watch, Inc., and Defendant, the National Archives and Records Administration ("NARA"), by undersigned counsel, jointly move the Court to stay proceedings in this case for two months, through and including October 1, 2018, to allow Plaintiff time to finish reviewing records processed under the Freedom of Information Act ("FOIA"), and also to allow the parties to finalize negotiations over next steps in this case. Through those negotiations, the parties hope to reach an agreement that would finally resolve this case, thereby avoiding the need for any further litigation. Consistent with the prior stays of proceedings in this case, the parties believe that the two-month extension requested here will best serve judicial economy and conserve the parties' resources. In support of this motion, the parties state as follows:

1.       Plaintiff filed this action under the FOIA, seeking access to "[a]ny and all records of the Task Force on National Health Care Reform, chaired by First Lady Hillary Rodham Clinton (hereafter 'Task Force'), to include but not limited to any and all sub-elements of the Task Force." Plaintiff subsequently agreed to narrow this request to certain Health Care Task Force and related

records described in correspondence between the parties as "Working Files; Staff Office Files and Memoranda." *See* ECF No. 13-6. According to the archival estimate of the Clinton Presidential Library, this group of records consisted of approximately 940,000 pages of records. *See* Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶ 12.

2.     On November 1, 2017, this Court ordered that the action be stayed through and including August 1, 2018. The Court ordered the parties to file a joint status report on or before August 1, 2018 advising the Court on the status of the production process, and whether (if additional time is needed for processing responsive records) the parties agree to a proposed extension of the stay. *See* ECF No. 55.

3.     As was previously detailed, the Library's practice has been to process records responsive to Plaintiff's FOIA request in approximately 50,000 page segments as they arise in the Library's multi-track queue system. *See* Decl. of Emily Robison (ECF No. 8-2) ¶¶ 17, 33-34; Suppl. Decl. of Emily Robison (ECF No. 18-1) ¶¶ 4-7, 15-19; Second Suppl. Decl. of Emily Robison (ECF No. 23-1) ¶¶ 5-6, 8.

4.     As of the parties' last status report, NARA estimated that approximately 200,000 pages of responsive records remained to be processed. *See* ECF No. 54 ¶ 5. Since the filing of that status report, however, the parties engaged in additional negotiations over whether Plaintiff's request could be narrowed still further. These negotiations resulted in a significant narrowing of Plaintiff's request, such that processing of records responsive to Plaintiff's request is now complete. Specifically, since the parties' last status report, and as a direct result of the parties' negotiations narrowing the number of records that remained outstanding, the Clinton Presidential Library completed processing of the final segment, Segment 14, and made available to the public 960 of the 965 pages in that segment.

5.      Although all of the responsive records have now been processed and (if appropriate) made available to the public, Plaintiff has not yet had an opportunity to travel to the Clinton Presidential Library for the purpose of reviewing the most recent segment of records made available.  Moreover, although the parties have begun negotiations regarding appropriate next steps in this litigation, they have not had an opportunity to finalize those negotiations.  The parties are optimistic that, once Plaintiff has an opportunity to review the most recent segment of records made available, the parties will be able to reach a mutually agreeable resolution of this case, without the need for any further litigation before this Court.

6.      Accordingly, to provide Plaintiff with time to review the most recent segment of records made available, and to provide the parties with time to finalize negotiations regarding resolution of this case, the parties respectfully request a two-month stay of proceedings, through and including October 1, 2018.

7.      To the extent the parties have not reached agreement on a final resolution of this case prior to October 1, 2018, the parties propose filing a status report with the Court on that date setting forth each party's views on appropriate next steps in this matter.

For the foregoing reasons, the parties respectfully request that the Court stay proceedings in this case for two months, through and including October 1, 2018.  A proposed order is attached.

Respectfully submitted this 31st day of July, 2018.

| JUDICIAL WATCH, INC. | CHAD A. READLER |
|---|---|
| | Acting Assistant Attorney General |
| s/ James F. Peterson | |
| | ELIZABETH J. SHAPIRO |
| PAUL J. ORFANEDES | Deputy Branch Director |
| D.C. Bar No. 429716 | |
| | s/ Daniel Schwei |
| JAMES F. PETERSON | DANIEL SCHWEI (N.Y. Bar Member) |

| | |
|---|---|
| D.C. Bar No. 450171 | Senior Trial Counsel |
| | U.S. Department of Justice |
| 425 Third St., SW | Civil Division, Federal Programs Branch |
| Suite 800 | 20 Massachusetts Ave. NW |
| Washington, DC 20024 | Washington, D.C. 20530 |
| Tel: (202) 646-5172 | Tel: (202) 305-8693 / Fax: (202) 616-8470 |
| Fax: (202) 646-5199 | Daniel.S.Schwei@usdoj.gov |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

4