UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-01987 (PLF) |
| v. ) | |
| ) | |
| NATIONAL ARCHIVES AND ) | |
| RECORDS ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including October 1, 2018; and it is

**FURTHER ORDERED** that, if the case has not been finally resolved prior to October 1, 2018, the parties shall file a Joint Status Report on that date advising the Court on the parties' views regarding appropriate next steps in this case.

SO ORDERED.

Dated: _____          _____
                                JUDGE PAUL L. FRIEDMAN
                                United States District Judge