UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC.,                              )
                                                  )
                          Plaintiff,              )
                                                  )      Civil Action No. 07-01987 (PLF)
              v.                                  )
                                                  )
NATIONAL ARCHIVES AND                             )
RECORDS ADMINISTRATION,                           )
                                                  )
                          Defendant.              )
                                                  )

**[PROPOSED] ORDER**

For the reasons stated in the parties' Joint Motion to Extend Stay of Proceedings, it is

hereby

**ORDERED** that the motion is **GRANTED**; and it is

**FURTHER ORDERED** that this action is **STAYED** through and including October 1,

2018; and it is

**FURTHER ORDERED** that, if the case has not been finally resolved prior to October 1,

2018, the parties shall file a Joint Status Report on that date advising the Court on the parties'

views regarding appropriate next steps in this case.

SO ORDERED.

Dated: 8|2|18

JUDGE PAUL L. FRIEDMAN
United States District Judge