UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JUDICIAL WATCH, INC.,               )
                                    )
            Plaintiff,              )
                                    )   Civil Action No. 07-01987 (PLF)
      v.                            )
                                    )
NATIONAL ARCHIVES AND               )
RECORDS ADMINISTRATION,             )
                                    )
            Defendant.              )
_____)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc., with the concurrence of Defendant National Archives and Records Administration, voluntarily dismisses all claims with prejudice, with each party to bear its own costs.

Respectfully submitted this 27th day of September 2018.

| JUDICIAL WATCH, INC. | JOSEPH H. HUNT |
| --- | --- |
| | Assistant Attorney General |
| s/ James F. Peterson | |
| | ELIZABETH J. SHAPIRO |
| JAMES F. PETERSON | Deputy Branch Director |
| D.C. Bar No. 450171 | |
| | s/ Daniel Schwei |
| 425 Third St., SW | |
| Suite 800 | DANIEL SCHWEI (New York Bar Member) |
| Washington, DC 20024 | Senior Trial Attorney |
| Tel: (202) 646-5172 | U.S. Department of Justice |
| Fax: (202) 646-5199 | Civil Division, Federal Programs Branch |
| | 20 Massachusetts Ave. NW |
| *Counsel for Plaintiff* | Washington, D.C. 20530 |
| | Tel: (202) 305-8693 / Fax: (202) 616-8470 |
| | Daniel.S.Schwei@usdoj.gov |
| | |
| | *Counsel for Defendant* |